20-2600

Fusion Elite All Stars, et al

v

Varsity Brands, LLC, et al

**SHERYL H. LIPMAN**

20-2600

Fusion Elite All Stars

v

Varsity Brands, LLC, et al

**CHARMIANE G. CLAXTON**