# Exhibit 4

# Kevin Rayhill

| | |
|---|---|
| **From:** | Kevin Rayhill |
| **Sent:** | Tuesday, March 15, 2022 8:18 AM |
| **To:** | 'skaiser@cgsh.com'; 'mmulqueen@bakerdonelson.com' |
| **Cc:** | Joseph Saveri; Ronnie Spiegel |
| **Subject:** | RE: Varsity's Responses to Plaintiffs' Second Requests For Production To Varsity |

Steve,

Plaintiffs would also like to meet and confer regarding Varsity's responses to Plaintiffs' First Set of Interrogatories, in addition to our Second Interrogatories referenced below. Do you have time today for a meet and confer?

Kevin

**From:** Kevin Rayhill
**Sent:** Tuesday, March 15, 2022 7:47 AM
**To:** skaiser@cgsh.com; mmulqueen@bakerdonelson.com
**Cc:** Joseph Saveri <jsaveri@saverilawfirm.com>; Ronnie Spiegel <rspiegel@saverilawfirm.com>
**Subject:** RE: Varsity's Responses to Plaintiffs' Second Requests For Production To Varsity

Steve,

Following up on the below – do you have time today to meet and confer?

Kevin

**From:** Kevin Rayhill
**Sent:** Monday, March 14, 2022 1:51 PM
**To:** skaiser@cgsh.com; mmulqueen@bakerdonelson.com
**Cc:** Joseph Saveri <jsaveri@saverilawfirm.com>; Ronnie Spiegel <rspiegel@saverilawfirm.com>
**Subject:** RE: Varsity's Responses to Plaintiffs' Second Requests For Production To Varsity

Steve,

Do you have any availability today or tomorrow to meet and confer? Thanks.

Kevin

**From:** Kevin Rayhill
**Sent:** Monday, March 14, 2022 1:31 PM
**To:** skaiser@cgsh.com; mmulqueen@bakerdonelson.com
**Cc:** Joseph Saveri <jsaveri@saverilawfirm.com>; Ronnie Spiegel <rspiegel@saverilawfirm.com>; Elissa A. Buchanan <EABuchanan@saverilawfirm.com>; Ashleigh Jensen <ajensen@saverilawfirm.com>; Ruby Ponce <rponce@saverilawfirm.com>
**Subject:** Varsity's Responses to Plaintiffs' Second Requests For Production To Varsity

Steve,

Varsity has served responses indicating it objects to and refuses to comply with any of Plaintiffs' Second Requests for Production. Many of the individuals identified in these requests are scheduled to be deposed in the coming weeks. Plaintiffs are prepared to seek the Court's assistance if Defendants are standing on their objections and will not comply with these Requests. Plaintiffs seek to meet and confer with respect to these requests. Please send me some times this week that you are available. I am unavailable on Friday, March 18, but otherwise have wide availability.

Kevin

**Kevin E. Rayhill**
*Associate Attorney*

JOSEPH SAVERI

601 California Street, Suite 1000
San Francisco, CA 94108
T 415.500.6800 x804
F 415.395.9940