IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| **FUSION ELITE ALL STARS; SPIRIT FACTOR LLC d/b/a FUEL ATHLETICS; and STARS AND STRIPES GYMNASTICS ACADEMY INC. d/b/a STARS AND STRIPES KIDS ACTIVITY CENTER, Individually and on Behalf of All Others Similarly Situated,**<br><br>Plaintiffs,<br><br>v.<br><br>**VARSITY BRANDS, LLC; VARSITY SPIRIT, LLC; VARSITY SPIRIT FASHIONS & SUPPLIES, INC.; and U.S. ALL STAR FEDERATION, INC.,**<br><br>Defendants. | Civil Action No.:  2:20-cv-02600<br><br>JURY TRIAL DEMANDED |

**NOTICE OF APPEARANCE OF GRADY M. GARRISON**

Defendant U.S. All Star Federation, Inc. ("Defendant"), hereby gives notice that it will be represented by the law firm of Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C. as follows:

Grady M. Garrison (TN #008097)
Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.
165 Madison Avenue, Suite 2000
Memphis, TN 38103
Telephone:  901.526.2000
Facsimile:  901.577.2303
Email:  ggarrison@bakerdonelson.com

All pleadings and notices should be forwarded to the above-mentioned counsel on behalf of Defendant U.S. All Star Federation, Inc.

Dated:  August 21, 2020                                    Respectfully submitted,

        s/ Grady M. Garrison
Grady M. Garrison (TN #008097)
Nicole D. Berkowitz (TN #35046)
**BAKER, DONELSON, BEARMAN,**
**CALDWELL & BERKOWITZ, P.C.**
165 Madison Avenue, Suite 2000
Memphis, TN 38103
Telephone:  901.526.2000
Facsimile:  901.577.2303
Email:  ggarrison@bakerdonelson.com
Email:  nberkowitz@bakerdonelson.com

*Counsel for Defendant U.S. All Star Federation, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 21st day of August 2020, the foregoing was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's electronic filing system.

J. Gerard Stranch, IV, Esq.
Benjamin A. Gastel, Esq.
**BRANSTETTER, STRANCH & JENNINGS, PLLC**
223 Rosa L. Parks Avenue
Freedom Building
Suite 200
Nashville, TN 37203
Email:  gerards@bsjfirm.com

H. Laddie Montague, Jr., Esq.
Eric L. Cramer, Esq.
Mark R. Suter, Esq.
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19106
Email:  hlmontague@bm.net
Email:  ecramer@bm.net
Email:  msuter@bm.net

Jonathan W. Cuneo, Esq.
Katherine Van Dyck, Esq.
Victoria Sims, Esq.
**CUNEO GILBERT & LADUCA LLP**
4725 Wisconsin Avenue NW, Suite 200
Washington, DC 20016
Email:  jonc@cuneolaw.com
Email:  kvandyc@cuneolaw.com
Email:  vicky@cuneolaw.com

Benjamin D. Elga, Esq.
**JUSTICE CATALYST LAW, INC.**
81 Prospect Street
Brooklyn, NY 11201
Email:  belga@justicecatalyst.org

| | |
|---|---|
| Brian Shearer, Esq.<br>Craig L. Briskin, Esq.<br>**JUSTICE CATALYST LAW, INC.**<br>718 7th Street NW<br>Washington, DC 20001<br>Email:  brianshearer@justicecatalyst.org<br>Email:  cbriskin@justicecatalyst.org | Roberta D. Liebenberg, Esq.<br>Jeffrey S. Istvan, Esq.<br>Mary L. Russell, Esq.<br>**FINE KAPLAN AND BLACK, R.P.C.**<br>One South Broad St., 23rd Floor<br>Philadelphia, PA 19107<br>Email:  rliebenberg@finekaplan.com<br>Email:  jistvan@finekaplan.com<br>Email:  mrussell@finekaplan.com |

                                             s/ Grady M. Garrison
                                             Grady M. Garrison

4833-3621-7800v1
2933399-000003 08/18/2020