# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| **FUSION ELITE ALL STARS; SPIRIT FACTOR LLC d/b/a FUEL ATHLETICS;** and **STARS AND STRIPES GYMNASTICS ACADEMY INC. d/b/a STARS AND STRIPES KIDS ACTIVITY CENTER, Individually and on Behalf of All Others Similarly Situated,** | |
| Plaintiffs, | Civil Action No.: 2:20-cv-02600 |
| v. | JURY TRIAL DEMANDED |
| **VARSITY BRANDS, LLC; VARSITY SPIRIT, LLC; VARSITY SPIRIT FASHIONS & SUPPLIES, INC.;** and **U.S. ALL STAR FEDERATION, INC.,** | |
| Defendants. | |

## NOTICE OF APPEARANCE OF NICOLE D. BERKOWITZ

Defendant U.S. All Star Federation, Inc. ("Defendant"), hereby gives notice that it will be represented by the law firm of Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C. as follows:

Nicole D. Berkowitz (TN #35046)
Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.
165 Madison Avenue, Suite 2000
Memphis, TN 38103
Telephone: 901.577.8166
Facsimile: 901.577.0866
Email: nberkowitz@bakerdonelson.com

In addition to counsel who has previously filed an appearance for the Defendant and who will continue to represent the Defendant, all pleadings and notices should also be forwarded to the above-mentioned counsel on behalf of Defendant U.S. All Star Federation, Inc.

Dated:  August 21, 2020

Respectfully submitted,

s/ Nicole D. Berkowitz
Grady M. Garrison (TN #008097)
Nicole D. Berkowitz (TN #35046)
**BAKER, DONELSON, BEARMAN,**
**CALDWELL & BERKOWITZ, P.C.**
165 Madison Avenue, Suite 2000
Memphis, TN 38103
Telephone:  901.577.8166
Facsimile:  901.577.0866
Email:  ggarrison@bakerdonelson.com
Email:  nberkowitz@bakerdonelson.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 21st day of August 2020, the foregoing was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's electronic filing system.

| | |
|---|---|
| J. Gerard Stranch, IV, Esq.<br>Benjamin A. Gastel, Esq.<br>**BRANSTETTER, STRANCH & JENNINGS, PLLC**<br>223 Rosa L. Parks Avenue<br>Freedom Building<br>Suite 200<br>Nashville, TN 37203<br>Email:  gerards@bsjfirm.com | H. Laddie Montague, Jr., Esq.<br>Eric L. Cramer, Esq.<br>Mark R. Suter, Esq.<br>**BERGER MONTAGUE PC**<br>1818 Market Street, Suite 3600<br>Philadelphia, PA 19106<br>Email:  hlmontague@bm.net<br>Email:  ecramer@bm.net<br>Email:  msuter@bm.net |
| Jonathan W. Cuneo, Esq.<br>Katherine Van Dyck, Esq.<br>Victoria Sims, Esq.<br>**CUNEO GILBERT & LADUCA LLP**<br>4725 Wisconsin Avenue NW, Suite 200<br>Washington, DC 20016<br>Email:  jonc@cuneolaw.com<br>Email:  kvandyc@cuneolaw.com<br>Email:  vicky@cuneolaw.com | Benjamin D. Elga, Esq.<br>**JUSTICE CATALYST LAW, INC.**<br>81 Prospect Street<br>Brooklyn, NY 11201<br>Email:  belga@justicecatalyst.org |

| | |
|---|---|
| Brian Shearer, Esq.<br>Craig L. Briskin, Esq.<br>**JUSTICE CATALYST LAW, INC.**<br>718 7th Street NW<br>Washington, DC 20001<br>Email:  brianshearer@justicecatalyst.org<br>Email:  cbriskin@justicecatalyst.org | Roberta D. Liebenberg, Esq.<br>Jeffrey S. Istvan, Esq.<br>Mary L. Russell, Esq.<br>**FINE KAPLAN AND BLACK, R.P.C.**<br>One South Broad St., 23rd Floor<br>Philadelphia, PA 19107<br>Email:  rliebenberg@finekaplan.com<br>Email:  jistvan@finekaplan.com<br>Email:  mrussell@finekaplan.com |

                                              s/ Nicole D. Berkowitz
                                              Nicole D. Berkowitz

4841-5620-3976v1
2933399-000003 08/18/2020