AO 458 (Rev. 01/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

| | | |
|---|---|---|
| Fusion Elite All Stars, et al | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:20-cv-02600 |
| Varsity Brands, LLC, et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs.

Date: 08/21/2020

/s/ Benjamin A. Gastel
*Attorney's signature*

Benjamin A. Gastel (BPR #28699)
*Printed name and bar number*

Branstetter, Stranch & Jennings PLLC
223 Rosa L. Parks Ave., Suite 200
Nashville, TN 37203
*Address*

beng@bsjfirm.com
*E-mail address*

(615) 254-8801
*Telephone number*

(615) 255-5419
*FAX number*

## CERTIFICATE OF SERVICE

The undersigned certifies the foregoing document was filed with the Court's Case Management/Electronic Case Filing System, this 21st day of August, 2020, and served upon counsel known to be representing the Defendants, including the following:

George S. Cary
Steven J. Kaiser
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
2112 Pennsylvania Ave., NW
Washington, DC 20037
Tel: (202) 974-1500
gcary@cgsh.com
skaiser@cgsh.com

*Attorneys for Defendants Varsity Brands,*
*LLC, Varsity Spirit, LLC,*
*and Varsity Spirit Fashion & Supplies, LLC*

Grady Garrison
Nicole D. Berkowitz
**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**
165 Madison Ave., Suite 2000
Memphis, TN 38103
Tel: (901) 577-8166
ggarrison@bakerdonelson.com
nberkowitz@bakerdonelson.com

*Attorneys for U.S. All Star Federation, Inc.*

                */s/ Benjamin A. Gastel*
                Benjamin A. Gastel