**UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE**

| | |
|---|---|
| FUSION ELITE ALL STARS, SPIRIT FACTOR LLC d/b/a FUEL ATHLETICS, and STARS AND STRIPES GYMNASTICS ACADEMY INC. d/b/a STARS AND STRIPES KIDS ACTIVITY CENTER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br>v.<br><br>VARSITY BRANDS, LLC; VARSITY SPIRIT, LLC; VARSITY SPIRIT FASHION & SUPPLIES, LLC; and U.S. ALL STAR FEDERATION, INC.,<br><br>Defendants. | Case No. 2:20-cv-02600-SHL-cgc<br><br>**Jury Trial Demanded** |

## NOTICE

Plaintiffs Fusion Elite All Stars, Spirit Factor LLC d/b/a Fuel Athletics, and Stars and Stripes Gymnastics Academy Inc. d/b/a stars and Stripes Kids Activity Center ("Plaintiffs") respectfully submit this Notice regarding the appointment of interim co-lead class counsel. On August 19, 2020, Plaintiffs in this action filed a Joint Motion for Entry of Case Management Order No. 1 (Dkt. No. 14) seeking the appointment of interim lead counsel. Thereafter different Plaintiffs filed a related action, *Radek, et al. v. Varsity Brands, et al.*, No. 20-cv-02649 (W.D. Tenn.) (the "*Radek Action*").[1]

[1] Earlier today, pursuant to Fed. R. Civ. P. 42, Plaintiffs in the instant case, along with Plaintiffs in the *Radek Action*, filed a Joint Motion to Consolidate the two cases. (Dkt. No. 23.). Additionally, plaintiffs in the *Radek Action* are filing a similar notice on their docket. Both cases are brought against Defendants Varsity Brands, LLC; Varsity Spirit, LLC; Varsity Spirit Fashion & Supplies, LLC; and U.S. All Star Federation, Inc.

Following conversations with counsel in the *Radek Action,* Plaintiffs here have reached an agreement to move for the appointment of Berger Montague PC, Cuneo Gilbert & LaDuca, LLP, and Labaton Sucharow LLP as Co-Lead Interim Class Counsel and Branstetter, Stranch, & Jennings, PLLC as interim Plaintiffs' Liaison Counsel for the Direct Purchaser Plaintiff class, subject to the Court's approval. Today, Plaintiffs are submitting an Amended Motion for Entry of Case Management Order No. 1 and will be submitting a revised proposed order to their Joint Motion for Entry of Case Management Order No. 1 (Dkt. No. 14) to that effect.[2]

Of particular significance in the Rule 23(g) context, the proposed leadership structure emerged through a "private ordering" process and is the unanimous choice of all plaintiffs. Such cooperation is strongly encouraged by the Manual for Complex Litigation §10.22 (4th ed. 2004), and Plaintiffs respectfully submit that it will result in optimal representation here for the proposed direct purchaser class. *See id.* ("In some cases the attorneys coordinate their activities without the court's assistance, and such efforts should be encouraged."); *see also In re Cal. Title Ins. Antitrust Litig.*, No. 08-cv-1341, 2008 WL 4820752 (N.D. Cal. Nov. 3, 2008) (where there were no competing applicants, appointing three privately ordered firms as interim co-lead class counsel); *In re Cmty. Bank of N. Va. Mortg. Lending Practices Litig.*, No. 02-cv-1201, 2011 WL 4382942, at *2 (W.D. Pa. Sept. 20, 2011) (citing the Report of the Third Circuit Task Force, Selection of Class Counsel, 208 F.R.D. 340, 416 (2002), and noting that "the private ordering method of selecting interim lead counsel has long been the preferred approach").

Dated: September 8, 2020

Respectfully submitted,

*s/ J. Gerard Stranch, IV*
J. Gerard Stranch, IV (TN BPR #23045)
Benjamin A. Gastel (TN BPR #28699)

[2] Plaintiffs in the *Radek Action* will also be filing papers in support of the entry of Case Management Order No. 1.

**BRANSTETTER, STRANCH & JENNINGS, PLLC**
223 Rosa Parks Ave. Suite 200
Nashville, Tennessee 37203
Telephone: 615-254-8801
Facsimile: 615-255-5419
gerards@bsjfirm.com
beng@bsjfirm.com

H. Laddie Montague, Jr.*
Eric L. Cramer*
Mark R. Suter*
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19106
Tel: (215) 875-3000
hlmontague@bm.net
ecramer@bm.net
msuter@bm.net

Jonathan W. Cuneo*
Katherine Van Dyck*
Victoria Sims*
**CUNEO GILBERT & LADUCA, LLP**
4725 Wisconsin Avenue NW, Suite 200
Washington, DC 20016
Tel: (202) 789-3960
jonc@cuneolaw.com
kvandyc@cuneolaw.com
vicky@cuneolaw.com

Benjamin D. Elga*
**JUSTICE CATALYST LAW, INC.**
81 Prospect Street
Brooklyn, NY 11201
Tel: (518) 732-6703
belga@justicecatalyst.org

Brian Shearer*
Craig L. Briskin*
**JUSTICE CATALYST LAW, INC.**
718 7th Street NW
Washington, DC 20001
Tel: (518) 732-6703
brianshearer@justicecatalyst.org
cbriskin@justicecatalyst.org

Roberta D. Liebenberg*
Jeffrey S. Istvan*
Mary L. Russell*
**FINE KAPLAN AND BLACK, R.P.C.**
One South Broad St., 23rd Floor
Philadelphia PA 19107
215-567-6565
rliebenberg@finekaplan.com
jistvan@finekaplan.com
mrussell@finekaplan.com

**Pro Hac Vice* forthcoming

*Attorneys for Plaintiffs Fusion Elite All Stars, Spirit Factor LLC d/b/a Fuel Athletics, and Stars and Stripes Gymnastics Academy Inc. d/b/a Stars and Stripes Kids Activity Center and the Proposed Direct Purchaser Class*

## CERTIFICATE OF SERVICE

The undersigned certifies the foregoing document was filed with the Court's Case Management/Electronic Case Filing System, this 8th day of September, 2020, and served upon the following counsel:

George S. Cary
Steven J. Kaiser
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
2112 Pennsylvania Ave., NW
Washington, DC 20037
Tel: (202) 974-1500
gcary@cgsh.com
skaiser@cgsh.com

*Attorneys for Defendants Varsity Brands, LLC, Varsity Spirit, LLC, and Varsity Spirit Fashion & Supplies, LLC*

Grady Garrison
Nicole D. Berkowitz
**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**
165 Madison Ave., Suite 2000
Memphis, TN 38103
Tel: (901) 577-8166
ggarrison@bakerdonelson.com
nberkowitz@bakerdonelson.com

*Attorney for U.S. All Star Federation, Inc.*

Nathan A. Bicks
Frank B. Thacher III
BURCH, PORTER, & JOHNSON, PLLC
130 North Court Ave.
Memphis, TN 38103
Tel: (901) 524-5000
nbicks@bpjlaw.com
fthacher@bpjlaw.com

Gregory S. Asciolla
Karin E. Garvey
Veronica Bosco
Ethan H. Kaminsky
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005
Tel: (212) 907-0700

gasciolla@labaton.com
kgarvey@labaton.com
vbosco@labaton.com
ekaminsky@labaton.com

Aubrey B. Harwell, Jr.
Charles Barrett
Aubrey B. Harwell III
NEAL & HARWELL, PLLC
1201 Demonbreun St., Suite 1000
Nashville, TN 37203
Tel: (615) 244-1713
aharwell@nealharwell.com
cbarrett@nealharwell.com
tharwell@nealharwell.com

*/s/ J. Gerard Stranch, IV*
J. Gerard Stranch, IV