## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE

_____

| | | |
|---|---|---|
| FUSION ELITE ALL STARS; SPIRIT FACTOR LLC d/b/a FUEL ATHLETICS; and STARS AND STRIPES GYMNASTICS ACADEMY INC. d/b/a STARS AND STRIPES KIDS ACTIVITY CENTER, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) ) ) ) | |
| **Plaintiffs,** | ) ) | **Case No. 2:20-cv-02600-SHL-cgc** |
| **v.** | ) ) | **JURY TRIAL DEMANDED** |
| VARSITY BRANDS, LLC; VARSITY SPIRIT, LLC; VARSITY SPIRIT FASHION & SUPPLIES, LLC; and U.S. ALL STAR FEDERATION, INC., | ) ) ) ) ) ) | **COMPLAINT – CLASS ACTION** |
| **Defendants.** | ) | |

_____

### NOTICE OF APPEARANCE OF ADAM S. BALDRIDGE
_____

Defendants, Varsity Brands, LLC; Varsity Spirit, LLC; and Varsity Spirit Fashions & Supplies, Inc., hereby give notice that they will be represented by the law firm of Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C. as follows:

Adam S. Baldridge (BPR #23488)
Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.
165 Madison Avenue, Suite 2000
Memphis, TN 38103
Telephone: (901) 577-2102
Facsimile: (901) 577-0838
Email: abaldridge@bakerdonelson.com

All pleadings and notices should be forwarded to the above-mentioned counsel on behalf of Defendants, Varsity Brands, LLC; Varsity Spirit, LLC; and Varsity Spirit Fashions & Supplies, LLC.

Dated: September 16, 2020

Respectfully submitted,

s/ Adam S. Baldridge
Adam S. Baldridge (TN Bar #23488)
Matthew S. Mulqueen (TN #28418)
BAKER, DONELSON, BEARMAN,
 CALDWELL & BERKOWITZ, PC
First Tennessee Building
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
Telephone: 901.577.2102
Facsimile: 901.577.0838
abaldridge@bakerdonelson.com
mmulqueen@bakerdonelson.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 16th day of September 2020, the foregoing was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's electronic filing system.

J. Gerard Stranch, IV, Esq.
Benjamin A. Gastel, Esq.
**BRANSTETTER, STRANCH & JENNINGS, PLLC**
223 Rosa L. Parks Avenue
Freedom Building
Suite 200
Nashville, TN 37203
Email:  gerards@bsjfirm.com

H. Laddie Montague, Jr., Esq.
Eric L. Cramer, Esq.
Mark R. Suter, Esq.
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19106
Email:  hlmontague@bm.net
Email:  ecramer@bm.net
Email:  msuter@bm.net

Jonathan W. Cuneo, Esq.
Katherine Van Dyck, Esq.
Victoria Sims, Esq.
**CUNEO GILBERT & LADUCA LLP**
4725 Wisconsin Avenue NW, Suite 200
Washington, DC 20016
Email:  jonc@cuneolaw.com
Email:  kvandyc@cuneolaw.com
Email:  vicky@cuneolaw.com

Benjamin D. Elga, Esq.
**JUSTICE CATALYST LAW, INC.**
81 Prospect Street
Brooklyn, NY 11201
Email:  belga@justicecatalyst.org

2

Brian Shearer, Esq.
Craig L. Briskin, Esq.
**JUSTICE CATALYST LAW, INC.**
718 7th Street NW
Washington, DC 20001
Email: brianshearer@justicecatalyst.org
Email: cbriskin@justicecatalyst.org

Roberta D. Liebenberg, Esq.
Jeffrey S. Istvan, Esq.
Mary L. Russell, Esq.
**FINE KAPLAN AND BLACK, R.P.C.**
One South Broad St., 23rd Floor
Philadelphia, PA 19107
Email: rliebenberg@finekaplan.com
Email: jistvan@finekaplan.com
Email: mrussell@finekaplan.com

Grady Garrison ,Esq.
Nicole D. Berkowitz, Esq.
**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**
165 Madison Ave., Suite 2000
Memphis, TN 38103
Tel: (901) 577-8166
Email: ggarrison@bakerdonelson.com
Email: nberkowitz@bakerdonelson.com

s/ Adam S. Baldridge
Adam S. Baldridge