IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

_____

| | | |
|---|---|---|
| FUSION ELITE ALL STARS; SPIRIT FACTOR LLC d/b/a FUEL ATHLETICS; and STARS AND STRIPES GYMNASTICS ACADEMY INC. d/b/a STARS AND STRIPES KIDS ACTIVITY CENTER, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 2:20-cv-02600-SHL-cgc |
| v. | ) ) | JURY TRIAL DEMANDED |
| VARSITY BRANDS, LLC; VARSITY SPIRIT, LLC; VARSITY SPIRIT FASHION & SUPPLIES, LLC; and U.S. ALL STAR FEDERATION, INC., | ) ) ) ) ) ) | COMPLAINT – CLASS ACTION |
| Defendants. | | |

_____

**NOTICE OF APPEARANCE OF MATTHEW S. MULQUEEN**

_____

Defendants, Varsity Brands, LLC; Varsity Spirit, LLC; and Varsity Spirit Fashion & Supplies, LLC ("Defendants"), hereby give notice that they will be represented by the law firm of Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C. as follows:

Matthew S. Mulqueen (TN #28418)
Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.
165 Madison Avenue, Suite 2000
Memphis, TN 38103
Telephone: (901) 577-8234
Facsimile: (901) 577-0843
Email: mmulqueen@bakerdonelson.com

In addition to counsel who has previously filed an appearance for the Defendants and who will continue to represent the Defendants, all pleadings and notices should also be forwarded to

the above-mentioned counsel on behalf of Defendants, Varsity Brands, LLC; Varsity Spirit, LLC; and Varsity Spirit Fashion & Supplies, LLC.

Dated: September 16, 2020

                                      Respectfully submitted,

                                      s/ Matthew S. Mulqueen
                                      Adam S. Baldridge (TN Bar #23488)
                                      Matthew S. Mulqueen (TN #28418)
                                      **BAKER, DONELSON, BEARMAN,**
                                          **CALDWELL & BERKOWITZ, PC**
                                      First Tennessee Building
                                      165 Madison Avenue, Suite 2000
                                      Memphis, Tennessee  38103
                                      Telephone: 901.577.2102
                                      Facsimile: 901.577.0838
                                      abaldridge@bakerdonelson.com
                                      mmulqueen@bakerdonelson.com

## CERTIFICATE OF SERVICE

       The undersigned hereby certifies that on this 16th day of September 2020, the foregoing was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's electronic filing system.

| | |
|---|---|
| J. Gerard Stranch, IV, Esq. | H. Laddie Montague, Jr., Esq. |
| Benjamin A. Gastel, Esq. | Eric L. Cramer, Esq. |
| **BRANSTETTER, STRANCH & JENNINGS, PLLC** | Mark R. Suter, Esq. |
| 223 Rosa L. Parks Avenue | **BERGER MONTAGUE PC** |
| Freedom Building | 1818 Market Street, Suite 3600 |
| Suite 200 | Philadelphia, PA 19106 |
| Nashville, TN 37203 | Email:  hlmontague@bm.net |
| Email:  gerards@bsjfirm.com | Email:  ecramer@bm.net |
| | Email:  msuter@bm.net |

| | |
|---|---|
| Jonathan W. Cuneo, Esq.<br>Katherine Van Dyck, Esq.<br>Victoria Sims, Esq.<br>**CUNEO GILBERT & LADUCA LLP**<br>4725 Wisconsin Avenue NW, Suite 200<br>Washington, DC 20016<br>Email: jonc@cuneolaw.com<br>Email: kvandyc@cuneolaw.com<br>Email: vicky@cuneolaw.com | Benjamin D. Elga, Esq.<br>**JUSTICE CATALYST LAW, INC.**<br>81 Prospect Street<br>Brooklyn, NY 11201<br>Email: belga@justicecatalyst.org |
| Brian Shearer, Esq.<br>Craig L. Briskin, Esq.<br>**JUSTICE CATALYST LAW, INC.**<br>718 7th Street NW<br>Washington, DC 20001<br>Email: brianshearer@justicecatalyst.org<br>Email: cbriskin@justicecatalyst.org | Roberta D. Liebenberg, Esq.<br>Jeffrey S. Istvan, Esq.<br>Mary L. Russell, Esq.<br>**FINE KAPLAN AND BLACK, R.P.C.**<br>One South Broad St., 23rd Floor<br>Philadelphia, PA 19107<br>Email: rliebenberg@finekaplan.com<br>Email: jistvan@finekaplan.com<br>Email: mrussell@finekaplan.com |

Grady Garrison, Esq.
Nicole D. Berkowitz, Esq.
**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**
165 Madison Ave., Suite 2000
Memphis, TN 38103
Tel: (901) 577-8166
Email: ggarrison@bakerdonelson.com
Email: nberkowitz@bakerdonelson.com

                                                s/ Matthew S. Mulqueen
                                                Matthew S. Mulqueen