*Revised July 2012*

United States District Court for Western District of Tennessee
**MOTION FOR LEAVE TO APPEAR PRO HAC VICE**

Case Title

| Plaintiff |
|---|
| FUSION ELITE ALL STARS, et al. |

| Defendant |
|---|
| VARSITY BRANDS, LLC, et al. |

| Case Number | Judge |
|---|---|
| 2:20-cv-02600 | Sheryl H. Lipman |

I, Gregory S. Asciolla  hereby apply to the United States District Court for the Western District of Tennessee, pursuant to Local Rule 83.4(d), for permission to appear and participate in the above-entitled action on behalf of KATHRYN ANNE RADEK, LAUREN HAYES, and JANINE CHERASARO on behalf of themselves and all others similarly situated by whom I have been retained.

I am a member of good standing and eligible to practice before the following courts:

| Title of Court | Date Admitted |
|---|---|
| See Attachment A | |
| | |
| | |
| | |

I certify that I subject myself to the jurisdiction of the United States District Court for the Western District of Tennessee and have obtained and have familiarized myself with and agree to be bound by the Western District of Tennessee Local Rules, Tennessee Supreme Court Rule 8 (Rules of Professional Conduct) and the Guidelines of Professional Courtesy and Conduct.

Please find attached a certificate of good standing from the highest Court of a state or the District of Columbia, and from a United States District Court.

A proposed order, in word processing format, granting this Motion will be emailed to the ECF mailbox of the presiding judge.

The pro hac vice admission fee is $150.00 that shall be paid to the Clerk of Court through the Court's Electronic Case Filing System's pay.gov feature.

I hereby certify that the information provided below is true and accurate:

| Applicant's Last Name | First Name | Middle Name/Initial |
|---|---|---|
| Asciolla | Gregory | S. |

| Applicant's Firm Name |
|---|
| Labaton Sucharow LLP |

| Applicant's Address | Room/Suite Number |
|---|---|
| 140 Broadway | 34th Fl. |

| City | State | Zip Code |
|---|---|---|
| New York | NY | 10005 |

| Applicant's Email Address |
|---|
| gasciolla@labaton.com |

| Applicant's Phone Number(s) |
|---|
| (212) 907-0700 |

Certificate of Service

I hereby certify that a true and correct copy of the foregoing pleading has been served via the Court's Electronic Case Filing system to the following:

| | |
|---|---|
| George S. Cary (gcary@sgsh.com)<br>Steven J. Kaiser (Skaiser@sgsh.com)<br>Cleary Glottlieb Steen & Hamilton LLP<br>2112 Pennsylvania Ave., NW<br>Washington, DC 20037 | Grady Garrison (ggarrison@bakerdonelson.com)<br>Nicole D. Berkowitz (nberkowitz@bakerdonelson.com)<br>Baker, Donelson, Bearman, Caldwell, & Berkowitz, PC<br>165 Madison Ave., Ste. 2000<br>Memphis, TN 38103 |

Certificate of Consultation

I hereby certify that Plaintiffs' counsel conferred by way of electronic mail with Steven J. Kaiser (on September 17, 2020) and Nicole Berkowitz (on September 17, 2020) who stated that they do not oppose the foregoing Motion.

| Date | Electronic Signature of Applicant |
|---|---|
| 09/21/2020 | S/ Gregory S. Asciolla |

## Attachment A to Gregory S. Asciolla *Pro Hac Vice* Application

## List of Courts in Good Standing and Eligible to Practice Before

| | |
|---|---|
| New York State | 09/13/1994 |
| Eastern District of New York | 06/05/2007 |
| Southern District of New York | 06/05/2007 |
| United States Court of Appeals for the Second Circuit | 02/21/2013 |
| United States Court of Appeals for the Third Circuit | 11/27/2013 |
| United States Court of Appeals for the Seventh Circuit | 08/07/2020 |

## Statement Regarding Inactive Status

I, Gregory S. Asciolla, state that I was admitted to the District of Columbia bar on Oct. 7, 1996. Upon my request, my admission was transferred to Inactive Status after I changed employment and moved from Washington, D.C. to New York.



# State of New York
## Supreme Court, Appellate Division
### Third Judicial Department

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Gregory Scott Asciolla

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the **13th day of September, 1994**, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this **18th day of September, 2020**.



*Robert D. Mayberger*

Clerk

# United States District Court
## Southern District of New York

## Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

    GREGORY   S   ASCIOLLA    , Bar #    GA2222

was duly admitted to practice in the Court on

June 5, 2007

and is in good standing as a member of the Bar of this Court

Dated at    500 Pearl St.    On    September 17, 2020
New York, New York

Ruby J. Krajick    By    s/ Wayne Bowman
Clerk of Court                      Deputy Clerk