# Exhibit 3

| 07/28/2015 | 139 | MINUTES OF PROCEEDINGS - Motion Hearing held on 7/28/2015 before Magistrate Judge Peggy A. Leen. Crtrm Administrator: *Jeff Miller*; Pla Counsel: *Don Springmeyer, Esq., Benjamin Brown, Esq., Eric Cramer, Esq.*; Def Counsel: *J. Williams, Esq., William Isaacson, Esq., John Cove, Esq.*; Court Reporter/FTR #: *10:02:01 - 10:46:51*; Time of Hearing: *10:00am*; Courtroom: *3B*;<br><br>**IT IS ORDERED:** Plaintiffs' Motion to Appoint Counsel 127 is GRANTED as unopposed. The Court will enter a Proposed Order if it is attached to the Motion. If there is not one attached, Plaintiffs' Counsel are directed to draft a Proposed Order and submit it for the Court's signature.<br><br>The Court hears the arguments of Counsel regarding Defendant's Motion to Stay 103 . **IT IS ORDERED:** Defendant's Motion to Stay 103 is DENIED. The parties are directed to meet and confer and submit a proposed form of Confidentiality and Protective Order, as well as ESI Protocols, within 30 days from today's date. The Court is going to impose restrictions on discovery while the District Judge considers the pending Motion to Dismiss, and periodic Status Conferences will be held. Plaintiffs' Counsel are encouraged to reconsider their broad discovery requests.<br><br>Status Conference set for 9/30/2015 @ 2:00 PM in LV Courtroom 3B before Magistrate Judge Peggy A. Leen. Joint Status Report due by 9/25/2015.<br><br>(Copies have been distributed pursuant to the NEF - JAM) (Entered: 07/28/2015) |