UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| FUSION ELITE ALL STARS, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>VARSITY BRANDS, LLC, et al.,<br><br>        Defendants. | Case No. 2:20-cv-02600-SHL-cgc<br><br>Judge Sheryl H. Lipman<br>Magistrate Judge Charmiane G. Claxton<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFFS' NOTICE REGARDING ADR STIPULATION**

According to the Court's Scheduling Order in this case (Dkt. No. 61) and the Court's Local Rules regarding Alternative Dispute Resolution, the parties are to file a stipulation by October 23, 2020, designating the specific ADR intervention the parties plan to use, the time frame for ADR completion, and the name of the neutral. The parties had been working towards filing such a document, and Plaintiffs and had explicitly agreed to Defendants' draft Stipulation, which called for a mediation on or before December 23, 2020 with Ret. Judge Layn Phillips, per the Parties' agreement. Within minutes, Defendants filed an entirely different notice with this Court stating that "the parties are unable to submit the ADR stipulation mandated by the Court's Scheduling Order." (Dkt. No. 67 at p. 2.)

In the course of negotiating the stipulation, Plaintiffs alternatively proposed mediating in April, with an initial mediation session in December 2020 and a follow-up mediation in April of 2021. Plaintiffs reasoned that this would give Plaintiffs a meaningful opportunity to receive and analyze documents, and in particular transactional sales data, which could help guide the mediation

1

discussion and make it more meaningful. Defendants responded by insisting that a full mediation be *completed* by December 23, 2020. In order to resolve the dispute, and despite some misgivings about the likelihood of the mediation being completed by then, Plaintiffs accepted Defendants' proposal and asked Defendants not to file their own separate statement. In no uncertain terms, counsel for Plaintiffs stated "please do not [file a separate written statement]. That would not be in good faith. Just put in that we stipulate [to Defendant's draft stipulation]." Plaintiffs further told Defendants that Plaintiffs would "do our best, and in good faith, to mediate in December. . . . If you are serious, we will be serious."

In short, after a negotiation, Plaintiffs agreed to the stipulation Defendants had originally proposed. In lieu of filing the stipulation to which the Plaintiffs had agreed to in writing by email, and despite Plaintiffs' request to file the agreed stipulation, Defendants filed a statement stating that the parties did not agree. To be clear, the Plaintiffs are able and willing to have a full day mediation session with Hon. Layn Phillips on or before December 23, 2020, depending upon his availability, and are willing to have the Court enter the stipulation as originally drafted by the Defendants. A copy of that stipulation is attached hereto as **Exhibit A**.

Dated: October 23, 2020                           Respectfully submitted,

                                                                     s/ *J. Gerard Stranch, IV*
                                                                     J. Gerard Stranch, IV (TN BPR #23045)
                                                                     Benjamin A. Gastel (TN BPR #28699)
                                                                     **BRANSTETTER, STRANCH &**
                                                                     **JENNINGS, PLLC**
                                                                     223 Rosa Parks Ave. Suite 200
                                                                     Nashville, TN 37203
                                                                     Telephone: (615) 254-8801
                                                                     gerards@bsjfirm.com
                                                                     beng@bsjfirm.com

                                                                     *Liaison Counsel for Plaintiffs and the Proposed*
                                                                     *Direct Purchaser Class*

H. Laddie Montague, Jr.*
Eric L. Cramer*
Mark R. Suter*
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19106
Tel: (215) 875-3000
hlmontague@bm.net
ecramer@bm.net
msuter@bm.net

Jonathan W. Cuneo*
Katherine Van Dyck*
Victoria Sims*
**CUNEO GILBERT & LADUCA LLP**
4725 Wisconsin Avenue NW, Suite 200
Washington, DC 20016
Tel: (202) 789-3960
jonc@cuneolaw.com
kvandyc@cuneolaw.com
vicky@cuneolaw.com

Gregory S. Asciolla*
Karin E. Garvey*
Veronica Bosco*
Ethan H. Kaminsky*
**LABATON SUCHAROW LLP**
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
gasciolla@labaton.com
kgarvey@labaton.com
vbosco@labaton.com
ekaminsky@labaton.com

*Interim Co-Lead Counsel for the Proposed Direct Purchaser Class*

Benjamin D. Elga***
**JUSTICE CATALYST LAW, INC.**
81 Prospect Street
Brooklyn, NY 11201
Tel: (518) 732-6703
belga@justicecatalyst.org

Brian Shearer***
Craig L. Briskin***

3

**JUSTICE CATALYST LAW, INC.**
718 7th Street NW
Washington, DC 20001
Tel: (518) 732-6703
brianshearer@justicecatalyst.org
cbriskin@justicecatalyst.org

Roberta D. Liebenberg***
Jeffrey S. Istvan***
Mary L. Russell*
**FINE KAPLAN AND BLACK, R.P.C**
One South Broad St., 23rd Floor
Philadelphia PA 19107
Tel: (215) 567-6565
rliebenberg@finekaplan.com
jistvan@finekaplan.com
mrussell@finekaplan.com

Nathan A. Bicks (TN BPR #10903)
Frank B. Thacher III (TN BPR #23925)
**BURCH, PORTER, & JOHNSON, PLLC**
130 North Court Ave.
Memphis, TN 38103
Telephone: (901) 524-5000
nbicks@bpjlaw.com
fthacher@bpjlaw.com

Aubrey B. Harwell, Jr. (TN BPR #002559)
Charles Barrett (TN BPR #020627)
Aubrey B. Harwell III (TN BPR #017394)
**NEAL & HARWELL, PLC**
1201 Demonbreun St., Suite 1000
Nashville, TN 37203
Telephone: (615) 244-1713
aharwell@nealharwell.com
cbarrett@nealharwell.com
tharwell@nealharwell.com

* Admitted pro hac vice
** Pro hac vice application pending
*** Pro hac vice application forthcoming

*Additional Counsel for Plaintiffs and the Proposed Direct Purchaser Class*

**CERTIFICATE OF SERVICE**

The undersigned certifies the foregoing document was filed with the Court's Case Management/Electronic Case Filing System, this 23rd day of October, 2020, and served upon the following counsel:

> George S. Cary
> Steven J. Kaiser
> Alexis Collins
> Mark W Nelson
> **CLEARY GOTTLIEB STEEN & HAMILTON LLP**
> 2112 Pennsylvania Ave., NW
> Washington, DC 20037
> Tel: (202) 974-1500
> gcary@cgsh.com
> skaiser@cgsh.com
> alcollins@cgsh.com
> mnelson@cgsh.com
>
> *Attorneys for Defendants Varsity Brands,*
> *LLC, Varsity Spirit, LLC,*
> *and Varsity Spirit Fashion & Supplies, LLC*
>
>
> Grady Garrison
> Nicole D. Berkowitz
> Adam S. Baldridge
> Matthew Sinon Mulqueen
> **BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**
> 165 Madison Ave., Suite 2000
> Memphis, TN 38103
> Tel: (901) 577-8166
> ggarrison@bakerdonelson.com
> nberkowitz@bakerdonelson.com
> abaldridge@bakerdonelson.com
> mmulqueen@bakerdonelson.com

*Attorney for U.S. All Star Federation, Inc.*

> s/ *J. Gerard Stranch, IV*
> J. Gerard Stranch, IV (TN BPR #23045)