# EXHIBIT 1

## FIELDS and METADATA TO BE PRODUCED

The load files accompanying scanned paper documents will include the following objective coding fields, to the extent applicable:

| Field | Category of Document for Population | Field Description |
|---|---|---|
| BEGBATES | All documents | First Bates identifier of item |
| ENDBATES | All documents | Last Bates identifier of item |
| BEGATTACH | All documents | Starting Bates number of a document family |
| ENDATTACH | All documents | Ending Bates number of a document family |
| PAGES | All documents | Number of pages |
| ATTACHCOUNT | All documents | Number of attachments embedded in a document |
| APPLICATION | Email; Edocs | Type of application used to generate the document |
| DOCTYPE | Email; Edocs | The type of document |
| FILEPATH | Email; Edocs | The file path from which the document was collected |
| FILEEXT | Email; Edocs | The file extension of the document |
| REDACTED | All documents | (Y/N) field that identifies whether the document is redacted |
| TIMEZONE | Email; Edocs | The time zone in which the documents were processed |
| CUSTODIAN | All documents | Name of the original person from whose data the file is produced. |
| ALLCUSTODIANS | All documents | Name(s) of the person(s), in addition to the Custodian from whose data the file is produced. |
| CONFIDENTIALITY | All documents | Confidentiality designation applied in accordance with the Protective/Confidentiality Order |
| AUTHOR | eDocs | Document author from properties |
| FROM | Email | Sender of message |
| TO | Email | Recipient(s) of message |
| CC | Email | Copied recipient(s) of message |
| BCC | Email | Blind copied recipient(s) of message |
| SUBJECT | Email | Subject of message |
| DATESENT | Email | The sent date and time of the message in the format MM/DD/YYYY HH:MM |
| DATERECEIVED | Email | The received date and time of the message in the format MM/DD/YYYY HH:MM |
| FILENAME | Email; Edocs | Contents of this metadata field, or an equivalent |
| FILESIZE | Email; Edocs | Size of the file in bytes |
| HASH | Email; Edocs | Hash value of the document |
| MESSAGEID | Email | Unique message id |
| NATIVEPATH | Email; Edocs | Link to native file (if any) |

| Field | Category of Document for Population | Field Description |
|---|---|---|
| TEXTPATH | All documents | Link to text file for the document |
| TITLE | eDocs | Title from the Metadata of the Native File |
| DATECREATED | eDocs | Date and time file was created; MM/DD/YYYY HH:MM |
| DATEMODIFIED | eDocs | Date and time file was last modified; MM/DD/YYYY HH:MM |
| LASTMODBY | eDocs | Information in Last Saved by, Last Modified by, or Last Author in loose file documents or email attachments. |
| PREVMESSAGEID | Email | The MessageID of the previous message in the email thread (the message that was replied to or forwarded). |
| TWITTERHASHTAG | eDocs | Values/text following # in tweets and replies. |
| STARTDATE | eDocs | Start date of chat/appointment. |
| STARTTIME | eDocs | Start time of chat/appointment. |
| ENDDATE | eDocs | End date of chat/appointment. |
| ENDTIME | eDocs | End time of chat/appointment. |
| SIBLINGID | eDocs, Email | Group ID of text/message. |
| MOBILEORIGIN | eDocs | Sent or received info. |

Metadata field values, other than field values such as bates fields or custodian fields that by their nature require calculation or population rather than extraction, will be extracted from the native file where produced to the extent available at the time of collection and processing, except that they may be redacted if privileged or if the metadata field values contain information protected by law or Court order. Other than for fields that by their nature require calculation or population rather than extraction, this list of fields does not create any obligation to create or manually code fields that are not automatically generated by the processing of ESI, that do not exist as part of the original metadata of the document, or that would be burdensome or costly to obtain.