**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**

<table>
<tr><td>

FUSION ELITE ALL STARS, et al.,

       Plaintiffs,

    v.

VARSITY BRANDS, LLC, et al.,

       Defendants.

</td><td>

Case No. 2:20-cv-02600-SH-cgc

**Jury Trial Demanded**

</td></tr>
</table>

## JOINT ADR STIPULATION AND MOTION TO EXTEND ADR DEADLINE

Pursuant to Rule 5.4(b) of the Plan for Alternative Dispute Resolution, and in accordance with the Court's Scheduling Order (ECF No. 61) and Order Granting an Extension of Stipulation Filing Deadline (ECF No. 71), Plaintiffs and Defendants hereby stipulate, by and through their undersigned counsel, that they have agreed to conduct a mediation with the Hon. Layn R. Phillips (Ret.) serving as Mediator.  Judge Phillips is not available to mediate this case before the December 23, 2020 deadline set out in the Scheduling Order but is available in January 2021.  Accordingly, the parties respectfully request the Court to amend the Scheduling Order to extend the current ADR deadline by one month to January 31, 2021 to allow them to mediate this case with Judge Phillips.

Respectfully submitted,

October 30, 2020

By: s/ Eric L. Cramer
J. Gerard Stranch, IV (TN BPR #23045)
Benjamin A. Gastel (TN BPR #28699)
**BRANDSTETTER, STRANCH &**
**JENNINGS, PLLC**
223 Rosa Parks Ave. Suite 200
Nashville, TN  37203
Telephone:  (615) 254-8801
gerards@bsjfirm.com

bng@bsjfirm.com

*Liaison Counsel for the Plaintiffs and the
Proposed Direct Purchaser Class*

H. Laddie Montague, Jr.*
Eric L. Cramer*
Mark R. Suter*
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19106
Telephone: (215) 875-3000
hlmontague@bm.net
ecramer@bm.net
msuter@bm.net

Jonathan W. Cuneo*
Katherine Van Dyck*
Victoria Sims*
**CUNEO GILBERT & LADUCA, LLP**
4725 Wisconsin Avenue NW, Suite 200
Washington, DC 20016
Telephone: (202) 789-3960
jonc@cuneolaw.com
kvandyc@cuneolaw.com
vicky@cuneolaw.com

Gregory S. Asciolla*
Karin E. Garvey*
Veronica Bosco*
Ethan H. Kaminsky*
**LABATON SUCHAROW LLP**
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
gasciolla@labaton.com
kgarvey@labaton.com
vbosco@labaton.com
ekaminsky@labaton.com
* Admitted pro hac vice
** *Pro hac vice* application pending
*** *Pro hac vice* application forthcoming

*Interim Co-Lead Counsel for the Proposed
Direct Purchaser Class*

2

Benjamin D. Elga***
**JUSTICE CATALYST LAW, INC**.
81 Prospect Street
Brooklyn, NY 11201
Telephone: (518) 732-6703
belga@justicecatalyst.org

Brian Shearer***
Craig L. Briskin***
**JUSTICE CATALYST LAW, INC**.
718 7th Street NW Washington, DC 20001
Telephone: (518) 732-6703
brianshearer@justicecatalyst.org
cbriskin@justicecatalyst.org

Roberta D. Liebenberg**
Jeffrey S. Istvan**
Mary L. Russell*
**FINE KAPLAN AND BLACK, R.P.C**.
One South Broad St., 23rd Floor Philadelphia, PA 19107
Telephone: (215) 567-6565
rliebenberg@finekaplan.com
jistvan@finekaplan.com
mrussell@finekaplan.com

* Admitted *pro hac vice*
** *Pro hac vice* application pending
*** *Pro hac vice* application forthcoming

Nathan A. Bicks (TN BPR #10903)
Frank B. Thacher III (TN BPR #23925)
**BURCH, PORTER, & JOHNSON, PLLC**
130 North Court Ave. Memphis, TN 38103
Telephone: (901) 524-5000
nbicks@bpjlaw.com
fthacher@bpjlaw.com

Aubrey B. Harwell, Jr. (TN BPR #002559)
Charles Barrett (TN BPR #020627)
Aubrey B. Harwell III (TN BPR #017394)
**NEAL & HARWELL, PLC**

1201 Demonbreun St., Suite 1000
Nashville, TN 37203

3

Telephone: (615) 244-1713
aharwell@nealharwell.com
cbarrett@nealharwell.com
tharwell@nealharwell.com

*Additional Attorneys for the Proposed Direct
Purchaser Class*

By: /s Matthew S. Mulqueen
George S. Cary*
Steven J. Kaiser*
**CLEARY GOTTLIEB STEEN &**
**HAMILTON LLP**
2112 Pennsylvania Ave., NW
Washington, DC 20037
Tel: (202) 974-1500
gcary@cgsh.com
skaiser@cgsh.com

* Admitted *pro hac vice*

Adam S. Baldridge (TN #23488)
Matthew S. Mulqueen (TN #28418)
**BAKER, DONELSON, BEARMAN,**
**CALDWELL & BERKOWITZ, PC**
165 Madison Ave., Suite 2000
Memphis, TN 38103
Tel: (901) 577-8166
abaldridge@bakerdonelson.com
mmulqueen@bakerdonelson.com

*Attorneys for Defendants Varsity Brands,*
*LLC, Varsity Spirit, LLC, and Varsity Spirit*
*Fashion & Supplies, LLC*

By:  /s Nicole D. Berkowitz
Grady Garrison (TN #008097)
Nicole D. Berkowitz (TN #35046)
**BAKER, DONELSON, BEARMAN,**
**CALDWELL & BERKOWITZ, PC**
165 Madison Ave., Suite 2000
Memphis, TN 38103
Tel: (901) 577-8166
ggarrison@bakerdonelson.com
nberkowitz@bakerdonelson.com

*Attorneys for US. All Star Federation, Inc*