## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | |
|---|---|
| FUSION ELITE ALL STARS, et al., ) | |
| Plaintiffs, ) | |
| v. ) | No. 2:20-cv-2600-SHL-cgc |
| VARSITY BRANDS, LLC, et al., ) | |
| Defendants. ) | |

**ORDER GRANTING AN EXTENSION OF ADR DEADLINE**

Before the Court is the Parties' Joint ADR Stipulation and Motion to Extend ADR Deadline, filed October 30, 2020. (ECF No. 73.) The Parties agree to conduct a mediation with the Hon. Layn Phillips, and they seek a one-month extension to accommodate the mediator's schedule. Finding good cause, the Court **GRANTS** the Motion. The ADR deadline is extended to **January 31, 2021**.

**IT IS SO ORDERED,** this 30th day of October, 2020.

                                                  s/ Sheryl H. Lipman
                                                  SHERYL H. LIPMAN
                                                  UNITED STATES DISTRICT JUDGE