# EXHIBIT A

## Agreement to Be Bound by Protective Order

I, _____, have been informed that on _____, the U.S. District Court for the Western District of Tennessee entered a protective order in the *Fusion Elite All Stars, et al. v. Varsity Brands, LLC, et al.*, No. 2:20-cv-02600-SHL-cgc (W.D. Tenn.). I have read the protective order, I agree to abide by the obligations of the protective order as they apply to me, and I voluntarily submit to the jurisdiction of the U.S. District Court for the Western District of Tennessee for purposes of any proceeding related to the protective order, including my receipt or review of information that has been designated as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL."

Dated: _____   By: _____

Printed Name: _____