# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| FUSION ELITE ALL STARS, et al., | Case No. 2:20-cv-02600-SH-cgc |
| Plaintiffs, | Judge Sheryl H. Lipman |
| v. | Magistrate Judge Charmiane G. Claxton |
| VARSITY BRANDS, LLC, et al., | **Jury Trial Demanded** |
| Defendants. | |

## PLAINTIFFS' AND DEFENDANTS'
## JOINT MOTION FOR AN ORDER SETTING A BRIEFING SCHEDULE

Plaintiffs Fusion Elite All Stars, Spirit Factor LLC d/b/a Fuel Athletics, and Stars and Stripes Gymnastics Academy Inc. d/b/a Stars and Stripes Kids Activity Center, Kathryn Anne Radek, Lauren Hayes, and Janine Cherasaro ("Plaintiffs") together with Defendants Varsity Brands, LCC, Varsity Spirit, LLC, Varsity Spirit Fashion & Supplies, LLC, and U.S. All Star Federation, Inc. ("Defendants") (together with Plaintiffs, "the Parties") respectfully submit this joint motion for an order setting a briefing schedule as it relates to Defendants' motion to strike certain allegations in Plaintiffs' operative complaint, D.E. #82 ("Motion to Strike").

By way of background, on October 15, 2020, the Court entered a Scheduling Order setting the briefing schedule for Defendants' Motions to Dismiss. *See* D.E. #61 at 1-2. In conjunction with their Motions to Dismiss Defendants have also filed a Motion to Strike. Given the Motion to Strike and the Motions to Dismiss both address allegations in Plaintiffs' Complaint, the Parties respectfully request the Court set the same briefing schedule for the Motion to Strike as is currently applicable to the Motions to Dismiss. Accordingly, the Parties propose the following briefing schedule:

**Opposition to Motion to Strike**: January 15, 2021;

**Replies in Support of Motion to Strike**: February 15, 2021.

A proposed order will be submitted with this Motion in accordance with the Local Rules.

Dated: December 2, 2020

Respectfully submitted,

By: *s/ Benjamin A. Gastel*
J. Gerard Stranch, IV (TN BPR #23045)
Benjamin A. Gastel (TN BPR #28699)
**BRANDSTETTER, STRANCH & JENNINGS, PLLC**
223 Rosa Parks Ave. Suite 200
Nashville, TN  37203
Telephone: (615) 254-8801
gerards@bsjfirm.com
bng@bsjfirm.com

*Liaison Counsel for the Plaintiffs and the Proposed Direct Purchaser Class*

H. Laddie Montague, Jr.*
Eric L. Cramer*
Mark R. Suter*
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19106
Telephone: (215) 875-3000
hlmontague@bm.net
ecramer@bm.net
msuter@bm.net

Jonathan W. Cuneo*
Katherine Van Dyck*
Victoria Sims*
**CUNEO GILBERT & LADUCA, LLP**
4725 Wisconsin Avenue NW, Suite 200
Washington, DC 20016
Telephone: (202) 789-3960
jonc@cuneolaw.com
kvandyc@cuneolaw.com
vicky@cuneolaw.com

Gregory S. Asciolla*
Karin E. Garvey*
Veronica Bosco*
Ethan H. Kaminsky*
**LABATON SUCHAROW LLP**
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
gasciolla@labaton.com
kgarvey@labaton.com
vbosco@labaton.com
ekaminsky@labaton.com

*Interim Co-Lead Counsel for the Proposed Direct Purchaser Class*

Benjamin D. Elga***
**JUSTICE CATALYST LAW, INC**.
81 Prospect Street
Brooklyn, NY 11201
Telephone: (518) 732-6703
belga@justicecatalyst.org

Brian Shearer***
Craig L. Briskin*
**JUSTICE CATALYST LAW, INC**.
718 7th Street NW Washington, DC 20001
Telephone: (518) 732-6703
brianshearer@justicecatalyst.org
cbriskin@justicecatalyst.org

Roberta D. Liebenberg*
Jeffrey S. Istvan*
Mary L. Russell*
**FINE KAPLAN AND BLACK, R.P.C**.
One South Broad St., 23rd Floor Philadelphia, PA 19107
Telephone: (215) 567-6565
rliebenberg@finekaplan.com
jistvan@finekaplan.com
mrussell@finekaplan.com

Nathan A. Bicks (TN BPR #10903)
Frank B. Thacher III (TN BPR #23925)
**BURCH, PORTER, & JOHNSON, PLLC**
130 North Court Ave. Memphis, TN 38103

3

Telephone: (901) 524-5000
nbicks@bpjlaw.com
fthacher@bpjlaw.com

Aubrey B. Harwell, Jr. (TN BPR #002559)
Charles Barrett (TN BPR #020627)
Aubrey B. Harwell III (TN BPR #017394)
**NEAL & HARWELL, PLC**
1201 Demonbreun St., Suite 1000
Nashville, TN 37203
Telephone: (615) 244-1713
aharwell@nealharwell.com
cbarrett@nealharwell.com
tharwell@nealharwell.com

*Additional Attorneys for the Proposed Direct Purchaser Class*

\* Admitted *pro hac vice*
\*\* *Pro hac vice* application pending
\*\*\* *Pro hac vice* application forthcoming

By: */s Matthew S. Mulqueen*
George S. Cary*
Steven J. Kaiser*
Alexis Collins*
Mark W. Nelson*
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
2112 Pennsylvania Ave., NW
Washington, DC 20037
Tel: (202) 974-1500
gcary@cgsh.com
skaiser@cgsh.com
alcollins@cgsh.com
mnelson@cgsh.com

\* Admitted *pro hac vice*

Adam S. Baldridge (TN #23488)
Matthew S. Mulqueen (TN #28418)
**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**
165 Madison Ave., Suite 2000
Memphis, TN 38103
Tel: (901) 577-8166
abaldridge@bakerdonelson.com
mmulqueen@bakerdonelson.com

*Attorneys for Defendants Varsity Brands, LLC, Varsity Spirit, LLC, and Varsity Spirit Fashion & Supplies, LLC*


By:  */s Nicole D. Berkowitz*
Grady Garrison (TN #008097)
Nicole D. Berkowitz (TN #35046)
**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**
165 Madison Ave., Suite 2000
Memphis, TN 38103
Tel: (901) 577-8166
ggarrison@bakerdonelson.com
nberkowitz@bakerdonelson.com

*Attorneys for US. All Star Federation, Inc*

**CERTIFICATE OF SERVICE**

The undersigned certifies the foregoing document was filed with the Court's Case Management/Electronic Case Filing System, this 2nd day of December, 2020, and served upon the following counsel:

    George S. Cary
    Steven J. Kaiser
    Alexis Collins
    Mark W Nelson
    **CLEARY GOTTLIEB STEEN & HAMILTON LLP**
    2112 Pennsylvania Ave., NW
    Washington, DC 20037
    Tel: (202) 974-1500
    gcary@cgsh.com
    skaiser@cgsh.com
    alcollins@cgsh.com
    mnelson@cgsh.com

    Grady Garrison
    Nicole D. Berkowitz
    Adam S. Baldridge
    Matthew Sinon Mulqueen
    **BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**
    165 Madison Ave., Suite 2000
    Memphis, TN 38103
    Tel: (901) 577-8166
    ggarrison@bakerdonelson.com
    nberkowitz@bakerdonelson.com
    abaldridge@bakerdonelson.com
    mmulqueen@bakerdonelson.com

                                           s/ *Benjamin A. Gastel*
                                           Benjamin A. Gastel (TN BPR #28699)