# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | | |
|---|---|---|
| FUSION ELITE ALL STARS, et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 2:20-cv-2600-SHL-cgc |
| VARSITY BRANDS, LLC, et al., | ) | |
| Defendants. | ) | |

## ORDER GRANTING MOTION FOR BRIEFING SCHEDULE

Before the Court is the Parties' Joint Motion for an Order Setting a Briefing Schedule, filed December 2, 2020. (ECF No. 85.) The Parties request a schedule for Responses and Replies to Defendants' Motion to Strike, filed December 1, 2020. (ECF No. 82.) Finding good cause, the Court **GRANTS** the Motion and sets the following briefing schedule:

**Responses in Opposition to Motion to Strike:** January 15, 2021

**Replies in Support of Motion to Strike:** February 15, 2021

**IT IS SO ORDERED,** this 2nd day of December, 2020.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE