# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| FUSION ELITE ALL STARS, et al., ) | |
|     Plaintiffs, ) | |
| v. ) | No. 2:20-cv-02600-SHL-cgc |
| VARSITY BRANDS, LLC, et al., ) | |
|     Defendants. ) | |

## ORDER GRANTING JOINT MOTION FOR LEAVE TO EXCEED PAGE LIMIT

Before the Court is the Parties' Joint Motion for Leave to Extend Page Limits, filed December 9, 2020. (ECF No. 87.) In support of the Motion, the Parties note that they plan to file consolidated briefing on two pending Motions to Dismiss, (ECF Nos. 83, 84). Thus, rather than submit two 20-page briefs in opposition and two 10-page reply briefs, the parties seek to file one 32-page brief in opposition and one 16-page reply, lowering the overall number of pages allotted. Finding good cause, the Court **GRANTS** the Parties leave to exceed the page limits in their consolidated briefings. Plaintiffs may file a Brief in Opposition up to **32 pages**, and Defendants may file a Reply Brief up to **16 pages**. While the Court grants the Motion, the Parties are advised to heed Shakespeare's admonition that "brevity is the soul of wit" as they prepare their briefs. William Shakespeare, The Tragedy of Hamlet, Prince of Denmark, act 2, sc. 2.

**IT IS SO ORDERED,** this 10th day of December, 2020.

                                                  s/ Sheryl H. Lipman
                                                  SHERYL H. LIPMAN
                                                  UNITED STATES DISTRICT JUDGE