UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

## MEDIATION CERTIFICATION

Case number: 20-CV-02600
Case title: Fusion Elite All Stars et al. v. Varsity Brands LLC et al.
Plaintiff counsel: Eric Cramer, Berger Montague
Defendant counsel: George Cary, Cleary Gottlieb Steen + Hamilton
Presiding Judge: Judge Lipman
Mediator: Layn R. Phillips

I, Layn R. Phillips, in accordance with the Court's Plan for Alternative Dispute Resolution, 5.11(b), hereby certify that I conducted mediation proceedings in the above-styled case on January 22, 2021.

As a result of that mediation held on January 22, 2021.

☐ The case has settled in whole.

   ☐ Case settled prior to scheduling first mediation session.

   ☐ Parties have agreed that _____ will prepare settlement agreement and stipulation for dismissal to be filed with the Court.

☒ The case has not settled.

   ☐ Mediation will continue on _____.

   ☒ The parties may schedule another session at a later date.

   ☐ Mediation is complete. The case will proceed toward trial pursuant to the Court's scheduling order.

### Certificate of Service

I hereby certify that a true and correct copy of the foregoing pleading has been served via the Court's Electronic Case Filing system to the following:

Date: 1/25/21

Electronic signature of Mediator: s/ [signature]