# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| FUSION ELITE ALL STARS, SPIRIT FACTOR LLC d/b/a FUEL ATHLETICS, and STARS AND STRIPES GYMNASTICS ACADEMY INC. d/b/a STARS AND STRIPES KIDS ACTIVITY CENTER, Individually and on Behalf of All Others Similarly Situated,<br><br>            Plaintiffs,<br>   v.<br><br>VARSITY BRANDS, LLC; VARSITY SPIRIT, LLC; VARSITY SPIRIT FASHION & SUPPLIES, LLC; and U.S. ALL STAR FEDERATION, INC.,<br><br>            Defendants. | Case No. 2:20-cv-02600-SHL-cgc<br><br>**Jury Trial Demanded** |

## PLAINTIFFS' NOTICE OF WITHDRAWAL OF MOTION TO COMPEL DISCOVERY RESPONSES FROM VARSITY DEFENDANTS

On May 5, 2021, Plaintiffs filed a Motion to Compel Discovery Responses from Defendants Varsity Brands, LLC, Varsity Spirit, LLC and Varsity Spirit Fashion and Supplies (DE# 105, the "Varsity Motion to Compel.").

Additionally on May 5, 2021, Plaintiffs filed a Motion to Compel Discovery Responses from Defendant U.S. All Star Federation, Inc. (DE# 102, the "USASF Motion to Compel") and the U.S. All Star Federation, Inc. also filed a Motion for Protective Order (DE# 103, the "USASF Motion for Protective Order").

On June 10, 2021, the Court set the Varsity Motion to Compel, the USASF Motion to Compel, and the USASF Motion for Protective Order for a hearing on June 24, 2021 (DE# 127).

The parties wish to advise the Court that the issues raised in the Varsity Motion to Compel have been resolved and Plaintiffs formally withdraw the Varsity Motion to Compel.

The issues raised in the USASF Motion to Compel and the related USASF Motion for Protective Order, however, remain pending and the parties intend to argue those issues at the June 24, 2021 hearing.

Respectfully submitted,

This 23rd day of June, 2021

/s/Benjamin A. Gastel
J. Gerard Stranch, IV (TN BPR #23045)
Benjamin A. Gastel (TN BPR #28699)
**BRANSTETTER, STRANCH & JENNINGS, PLLC**
223 Rosa Parks Ave. Suite 200
Nashville, TN 37203
Telephone: (615) 254-8801
gerards@bsjfirm.com
beng@bsjfirm.com

*Counsel for Plaintiffs and Liaison Counsel for the Proposed Direct Purchaser Class*

H. Laddie Montague, Jr.*
Eric L. Cramer*
Mark R. Suter*
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19106
Telephone: (215) 875-3000
hlmontague@bm.net
ecramer@bm.net
msuter@bm.net

Jonathan W. Cuneo*
Katherine Van Dyck*
Victoria Sims*
CUNEO GILBERT & LADUCA, LLP
4725 Wisconsin Avenue NW, Suite 200
Washington, DC 20016
Telephone: (202) 789-3960

jonc@cuneolaw.com
kvandyc@cuneolaw.com
vicky@cuneolaw.com

Gregory S. Asciolla*
Karin E. Garvey*
Veronica Bosco*
**LABATON SUCHAROW LLP**
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
gasciolla@labaton.com
kgarvey@labaton.com
vbosco@labaton.com

*Counsel for Plaintiffs and Interim Co-Lead Counsel for the Proposed Direct Purchaser Class*

Benjamin D. Elga*
**JUSTICE CATALYST LAW, INC.**
81 Prospect Street
Brooklyn, NY 11201
Telephone: (518) 732-6703
belga@justicecatalyst.org

Craig L. Briskin*
**JUSTICE CATALYST LAW, INC.**
718 7th Street NW
Washington, DC 20001
Telephone: (518) 732-6703
cbriskin@justicecatalyst.org

Roberta D. Liebenberg*
Jeffrey S. Istvan*
Mary L. Russell*
**FINE KAPLAN AND BLACK, R.P.C.**
One South Broad St., 23rd Floor
Philadelphia, PA 19107
Telephone: (215) 567-6565
rliebenberg@finekaplan.com
jistvan@finekaplan.com
mrussell@finekaplan.com

Nathan A. Bicks (TN BPR #10903)
Frank B. Thacher III (TN BPR #23925)

**BURCH, PORTER, & JOHNSON, PLLC**
130 North Court Ave.
Memphis, TN 38103
Telephone: (901) 524-5000
nbicks@bpjlaw.com
fthacher@bpjlaw.com

Aubrey B. Harwell, Jr. (TN BPR #002559)
Charles Barrett (TN BPR #020627)*
Aubrey B. Harwell III (TN BPR #017394)
**NEAL & HARWELL, PLC**
1201 Demonbreun St., Suite 1000
Nashville, TN 37203
Telephone: (615) 244-1713
aharwell@nealharwell.com
cbarrett@nealharwell.com
tharwell@nealharwell.com

* Admitted *pro hac vice*

*Counsel for Plaintiffs and the Proposed Direct Purchaser Class*

## CERTIFICATE OF SERVICE

The undersigned certifies the foregoing document was filed with the Court's Case Management/Electronic Case Filing System, this 23rd day of June, 2021, and served upon the following counsel:

>George S. Cary
>Steven J. Kaiser
>Alexis Collins
>Mark W Nelson
>**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
>2112 Pennsylvania Ave., NW
>Washington, DC 20037
>Tel: (202) 974-1500
>gcary@cgsh.com
>skaiser@cgsh.com
>alcollins@cgsh.com
>mnelson@cgsh.com
>
>Grady Garrison
>Nicole D. Berkowitz
>Adam S. Baldridge
>Matthew Sinon Mulqueen
>**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**
>165 Madison Ave., Suite 2000
>Memphis, TN 38103
>Tel: (901) 577-8166
>ggarrison@bakerdonelson.com
>nberkowitz@bakerdonelson.com
>abaldridge@bakerdonelson.com
>mmulqueen@bakerdonelson.com

s/ *Benjamin A. Gastel*
Benjamin A. Gastel (TN BPR #28699)
