UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| FUSION ELITE ALL STARS et al.,<br><br>            Plaintiffs,<br>    v.<br><br>VARSITY BRANDS, LLC et al.,<br><br>            Defendants. | **No. 2:20-cv-2600**<br><br>**Judge Sheryl H. Lipman**<br>**Magistrate Judge Charmiane G. Claxton** |

**MOTION TO WITHDRAW AS COUNSEL**

COMES NOW, attorney Alexis Collins, and hereby moves this Court for permission to withdraw as counsel of record for Defendants Varsity Brands, LLC; Varsity Spirit, LLC; and Varsity Spirit Fashions & Supplies, LLC (collectively, the "Varsity Defendants"). The Varsity Defendants will continue to be represented by Cleary Gottlieb Steen & Hamilton LLP attorneys George S. Cary, Mark W. Nelson, and Steven J. Kaiser, as well as Matthew S. Mulqueen and Adam S. Baldridge of Baker, Donelson, Bearman, Caldwell & Berkowitz, and therefore there will be no interruption of representation in this matter. Accordingly, the withdrawal of Ms. Collins will not delay this action or prejudice either party.

WHEREFORE, attorney Alexis Collins hereby requests the Court's permission to withdraw as counsel effective immediately and be relieved of any further obligations.

1

| | |
|---|---|
| Dated: July 9, 2021 | Respectfully submitted, |

/s Matthew S. Mulqueen

George S. Cary*
Mark W. Nelson
Alexis Collins*
Steven J. Kaiser*
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037
Phone: (202) 974-1500
Fax: (202) 974-1999
gcary@cgsh.com
mnelson@cgsh.com
alcollins@cgsh.com
skaiser@cgsh.com

* Admitted *pro hac vice*

Matthew S. Mulqueen (TN #28418)
Adam S. Baldridge (TN #23488)
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ
165 Madison Avenue, Suite 2000
Memphis, TN 38103
Phone: (901) 526-2000
Fax: (901) 577-0866
mmulqueen@bakerdonelson.com
abaldridge@bakerdonelson.com

*Attorneys for Defendants Varsity Brands, LLC, Varsity Spirit, LLC, and Varsity Spirit Fashions & Supplies, LLC*

**CERTIFICATE OF CONSULTATION**

I hereby certify that Savannah Haynes of Cleary Gottlieb Steen & Hamilton LLP, counsel for the Varsity Defendants, and Eric L. Cramer of Berger Montague PC, counsel for Plaintiffs, consulted via email on July 8, 2021 on the relief requested in this motion. Plaintiffs do not oppose the relief sought.

Dated July 9, 2021.             /s/ Matthew S. Mulqueen
                                Matthew S. Mulqueen