IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FUSION ELITE ALL STARS, et al,

    Plaintiffs,

v.                                                              Case No.: 2:20-cv-02600-SHL-cgc

VARSITY BRANDS, LLC. et al,

    Defendants.

## ORDER OF RECUSAL OF U.S. MAGISTRATE JUDGE CHARMIANE G. CLAXTON

    U.S. Magistrate Judge Charmiane G. Claxton is hereby recused, *sua sponte*, pursuant to 28 U.S.C. §455(b)(5)(2) from all proceedings in the above-captioned cases. In order to maintain parity among the judges, the Magistrate Judges assigned these cases may transfer similar cases to the undersigned.

    The Clerk is directed to take the appropriate action to reassign these cases.

    IT IS SO ORDERED this 4th day of October, 2021.

                                                        s/Charmiane G. Claxton
                                                        CHARMIANE G. CLAXTON
                                                        UNITED STATES MAGISTRATE JUDGE