20-2600

Fusion Elite, et al

v.

Varsity Brand, et al

Annie T. Christoff