

## Supreme Court of Pennsylvania

# CERTIFICATE OF GOOD STANDING

*Michael Jay Kane, Esq.*

**DATE OF ADMISSION**

*December 12, 1994*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated: October 5, 2021

*Phoenicia D. W. Wallace*

Phoenicia D. W. Wallace, Esq.
Deputy Prothonotary



# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA  
EASTERN DISTRICT OF PENNSYLVANIA   }

I, Kate Barkman, Clerk of the United States District Court for the Eastern District of Pennsylvania,

**DO HEREBY CERTIFY** that MICHAEL JAY KANE was duly admitted to practice in said Court on as a member of the bar of said Court.

Bar #73998  
01/12/1995, and is in good standing

_____  
**KATE BARKMAN**  
**Clerk of Court**

**CLERK'S OFFICE**  
Sworn to and Subscribed  
before me this day  
Oct/8/2021

_____  
**Deputy Clerk, U.S. District Court**  
**Eastern District of Pennsylvania**

DATED at Philadelphia, Pennsylvania  
on 10/8/2021

BY: ___*Paige Conti*___

**Deputy Clerk**