# EXHIBIT 1

**Katie Van Dyck**

| | |
|---|---|
| **From:** | Kaiser, Steven J. <skaiser@cgsh.com> |
| **Sent:** | Friday, October 1, 2021 6:30 PM |
| **To:** | Mark R. Suter; Varsity Litigation; Robert Falanga; Kobelah Bennah; Joseph Saveri; Ronnie Spiegel; Kevin Rayhill; Elissa A. Buchanan; Anna-Patrice Harris; Sofia Jordan; Gurjit Aulkh; Sean Cooper; Dan Nordin; dhedlund@gustafsongluek.com; Daniel E. Gustafson; hartley@hartleyllp.com; Jason Lindner; rick@paulllp.com; Van D. Turner; lwang@gustafsongluek.com; Garrison, Grady; nberkowitz@bakerdonelson.com; Matthew S. Mulqueen; Gaffney, Brendan P.; Coggins, Paul |
| **Subject:** | RE: Varsity Antitrust Litigation - purported Elza and LeTard subpoenas |

Mark,

I imagine since we haven't heard anything further that there will be no Elza deposition next week and the LeTard deposition remains unconfirmed. Please let us know if the situation is otherwise.

Defendants do not agree to you proposal regarding depositions. Judge Lipman specified coordination of discovery, including depositions, and Defendants expect Plaintiffs to coordinate within the time allowed in the Federal Rules of Civil Procedure and Fusion Elite Discovery Order, which as you know is no more than one day of seven hours per witness. Defendants also have the right to question witnesses and time must be allocated for that as well.

___

**Steven J. Kaiser**
Cleary Gottlieb Steen & Hamilton LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037
T: +1 202 974 1554
skaiser@cgsh.com | clearygottlieb.com

**From:** Mark R. Suter <msuter@bm.net>
**Sent:** Wednesday, September 29, 2021 11:46 AM
**To:** Kaiser, Steven J. <skaiser@cgsh.com>; varsitylitigation@cuneolaw.com; Robert Falanga <Robert@FalangaLaw.com>; Kobelah Bennah <Kobelah@FalangaLaw.com>; Joseph Saveri <jsaveri@saverilawfirm.com>; Ronnie Spiegel <rspiegel@saverilawfirm.com>; Kevin Rayhill <krayhill@saverilawfirm.com>; Elissa A. Buchanan <EABuchanan@saverilawfirm.com>; Anna-Patrice Harris <aharris@saverilawfirm.com>; Sofia Jordan <sjordan@saverilawfirm.com>; Gurjit Aulkh <GAulkh@saverilawfirm.com>; Sean Cooper <sean@paulllp.com>; Dan Nordin <dnordin@gustafsongluek.com>; dhedlund@gustafsongluek.com; Daniel E. Gustafson <dgustafson@gustafsongluek.com>; hartley@hartleyllp.com; Jason Lindner <lindner@hartleyllp.com>; rick@paulllp.com; Van D. Turner <vturner@bruceturnerlaw.net>; lwang@gustafsongluek.com; Garrison, Grady <ggarrison@bakerdonelson.com>; nberkowitz@bakerdonelson.com; Matthew S. Mulqueen <mmulqueen@bakerdonelson.com>; Gaffney, Brendan P. <BGaffney@lockelord.com>; Coggins, Paul <pcoggins@lockelord.com>
**Subject:** RE: Varsity Antitrust Litigation - purported Elza and LeTard subpoenas

Steve,

The deposition dates for Elza and Letard are presently unconfirmed, but we will follow up with additional information once available.

Further, Plaintiffs in all three cases have been coordinating on discovery, including deposition scheduling. Given that each deposition will be for three distinct cases, involving certain non-overlapping alleged misconduct in different markets

against different defendants, additional deposition time will be needed to accommodate non-duplicative questions by counsel in all three cases where necessary. To that end, counsel from the three cases have drafted the attached proposed stipulation regarding deposition timing. Please let us know if Varsity and USASF would agree, and please also coordinate with
Varsity's co-defendants in the related cases to confirm whether this works.

Thanks,

Mark


**Mark R. Suter** / *Associate*

☐ 215.875.3021    ☐ 201.647.6525

☐ ☐ ☐

☐ 1818 MARKET STREET, SUITE 3600
   PHILADELPHIA, PA 19103

---

**From:** Kaiser, Steven J. <skaiser@cgsh.com>
**Sent:** Monday, September 27, 2021 5:01 PM
**To:** varsitylitigation@cuneolaw.com; Robert Falanga <Robert@FalangaLaw.com>; Kobelah Bennah <Kobelah@FalangaLaw.com>; Joseph Saveri <jsaveri@saverilawfirm.com>; Ronnie Spiegel <rspiegel@saverilawfirm.com>; Kevin Rayhill <krayhill@saverilawfirm.com>; Elissa A. Buchanan <EABuchanan@saverilawfirm.com>; Anna-Patrice Harris <aharris@saverilawfirm.com>; Sofia Jordan <sjordan@saverilawfirm.com>; Gurjit Aulkh <GAulkh@saverilawfirm.com>; Sean Cooper <sean@paulllp.com>; Dan Nordin <dnordin@gustafsongluek.com>; dhedlund@gustafsongluek.com; Daniel E. Gustafson <dgustafson@gustafsongluek.com>; hartley@hartleyllp.com; Jason Lindner <lindner@hartleyllp.com>; rick@paulllp.com; Van D. Turner <vturner@bruceturnerlaw.net>; lwang@gustafsongluek.com; Garrison, Grady <ggarrison@bakerdonelson.com>; nberkowitz@bakerdonelson.com; Matthew S. Mulqueen <mmulqueen@bakerdonelson.com>; Gaffney, Brendan P. <BGaffney@lockelord.com>; Coggins, Paul <pcoggins@lockelord.com>
**Subject:** Varsity Antitrust Litigation - purported Elza and LeTard subpoenas

Counsel:

We are in receipt of subpoenas that purport to be directed to Brian Elza and Tres LeTard in the Fusion Elite and American Spirit cases.  The subpoenas did not include proofs of service.

Will counsel for Fusion Elite and American Spirit confirm whether they have served the subpoenas on their targets and, if so, provide the evidence of service?  Also, will counsel for Fusion Elite and American Spirit confirm whether Mr. Elza or Mr. LeTard have agreed to sit for deposition on the indicated dates?

In addition, we wanted to make it clear that in our view of the Court's directions and coordination order**, there will not be more than one deposition of any individual in the three cases without leave of Court, and all parties, including Plaintiffs, should govern themselves accordingly**.  In other words and for the avoidance of doubt, any deposition of Mr. Elza or Mr. LeTard that may occur as a result of these subpoenas or otherwise will be the deposition for the Jones matter as well.  The parties in Jones will not be afforded another opportunity to depose Mr. Elza or Mr. LeTard or any other individual who is deposed in the Fusion Elite or American Spirit matters.  The parties in Fusion Elite will likewise not be afforded another opportunity to depose an individual noticed for deposition in the Jones or American Spirit

matters.  The parties in American Spirit will likewise not be afforded another opportunity to depose an individual noticed for deposition in the Fusion Elite or American Spirit matters.

If and when Mr. Elza or Mr. LeTard are deposed, all parties, including Plaintiffs in Jones, will need to discuss an appropriate allocation of time.

We trust this is consistent with everyone's understanding and expectations, but if not, please let us know.  Thank you.

Best regards,

___

**Steven J. Kaiser**
Cleary Gottlieb Steen & Hamilton LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037
T: +1 202 974 1554
skaiser@cgsh.com  | clearygottlieb.com

This message is being sent from a law firm and may contain confidential or privileged information. If you are not the intended recipient, please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy.

Throughout this communication, "Cleary Gottlieb" and the "firm" refer to Cleary Gottlieb Steen & Hamilton LLP and its affiliated entities in certain jurisdictions, and the term "offices" includes offices of those affiliated entities. Our external privacy statement is available at:
https://www.clearygottlieb.com/footer/privacy-statement

The information contained in this message may be attorney-client or work-product privileged and should be treated as confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by return e-mail, destroying the original message and any copies.

This message is being sent from a law firm and may contain confidential or privileged information. If you are not the intended recipient, please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy.

Throughout this communication, "Cleary Gottlieb" and the "firm" refer to Cleary Gottlieb Steen & Hamilton LLP and its affiliated entities in certain jurisdictions, and the term "offices" includes offices of those affiliated entities. Our external privacy statement is available at:
https://www.clearygottlieb.com/footer/privacy-statement