IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| FUSION ELITE ALL STARS, SPIRIT FACTOR LLC d/b/a FUEL ATHLETICS, and STARS AND STRIPES GYMNASTICS ACADEMY INC. d/b/a STARS AND STRIPES KIDS ACTIVITY CENTER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>VARSITY BRANDS, LLC; VARSITY SPIRIT, LLC; VARSITY SPIRIT FASHION & SUPPLIES, LLC; and U.S. ALL STAR FEDERATION, INC.,<br><br>Defendants. | Civil Action No.  2:20-cv-02600 |

**DEFENDANT'S NOTICE OF INTENT TO REQUEST REDACTION OF MOTION HEARING AUDIO RECORDING TRANSCRIPT**

U.S. All Star Federation, Inc.("Defendant") respectfully notices its intent to file a request to redact the transcript of the telephonic motion hearing held on June 24, 2021.  Pursuant to this Court's instructions (ECF No. 163), Defendants will timely file its Redaction Request by no later than November 15, 2021.

Dated: November 15, 2021.

Respectfully submitted,

s/ Nicole D. Berkowitz
Grady Garrison (TN #008097)
Nicole D. Berkowitz (TN #35046)

1

>Andrew Roach (TN #37934)
>BAKER, DONELSON, BEARMAN,
>CALDWELL & BERKOWITZ, PC
>165 Madison Avenue, Suite 2000
>Memphis, TN 38103
>Telephone:  (901) 577-8166
>Facsimile:  (901) 577-0866
>Email:  ggarrison@bakerdonelson.com
>Email:  nberkowitz@bakerdonelson.com
>Email:  aroach@bakerdonelson.com
>
>*Attorneys for Defendant U.S. All Star Federation, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2021, a true and correct copy of the foregoing was filed via the Court's CM/ECF system.  Notice of this filing will be sent by operation of the Court's electronic filing system to all counsel of record.

>s/ Nicole D. Berkowitz_____
>Nicole D. Berkowitz