# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| AMERICAN SPIRIT AND CHEER ESSENTIALS, INC., et.al., <br><br> Plaintiffs, <br><br> v. <br><br> VARSITY BRANDS, LLC, et.al., <br><br> Defendants, | CIVIL ACTION <br> FILE NUMBER: <br> 2:20-cv-02782-SHL-tmp |

## PLAINTIFFS' CERTIFICATE OF SERVICE

This is to certify that I have this day served all counsel to this action with a copy of Plaintiff's First Requests to Produce directed to Defendant Varsity Brands Holding Co., LLC for the above-styled case by either hand delivering same, by e-file and/or by depositing a copy of them in the United States mail in a properly addressed envelope with adequate postage affixed thereto as follows:

| | |
|---|---|
| Cleary, Gottlieb, Steen & Hamilton <br> Attn:  Steven J. Kaiser, Esq. <br>       Alexis Collins, Esq. <br>       Mark W. Nelson, Esq. <br>       George S. Cary, Esq. <br> 2112 Pennsylvania Avenue, NW <br> Washington, D.C. 20037 | Baker, Donelson, Bearman <br> Caldwell & Berkowitz <br> Attn:  Nicole Berkowitz, Esq. <br>       Grady Garrison, Esq. <br> 165 Madison Avenue <br> Suite 2000 <br> Memphis, TN.  38103 |

Locke Lord, LLP

Attn: Ms. Talis C. Trevino, Esq.
Terminus 200, Suite 1200
3333 Piedmont Road, NE
Atlanta, Georgia 30305

This __28th__ day of __January__, 2022.

    S/ Robert A. Falanga
Robert A. Falanga
Attorney for the Plaintiffs
Georgia Bar No.: 254400

LAW OFFICES
FALANGA & CHALKER
11200 Atlantis Place, Suite C
Alpharetta, GA 30022
Phone: (770) 955-0006
Fax: (770) 955-2123
RobertFalanga@FalangaLaw.com
kobelah@falangalaw.com