IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| FUSION ELITE ALL STARS, et al.,<br><br>　　　　　Plaintiffs,<br>v.<br><br>VARSITY BRANDS, LLC, et al.,<br><br>　　　　　Defendants. | Case No. 2:20-cv-02600-SHL-cgc<br><br>**Jury Trial Demanded** |

**[PROPOSED] ORDER GRANTING DIRECT PURCHASER PLAINTIFFS' INTERIM CO-LEAD COUNSEL'S MOTION TO AMEND ORDER GRANTING JOINT MOTION TO CONSOLIDATE UNDER FED. R. CIV. P. 42 AND JOINT MOTION FOR ENTRY OF CASE MANAGEMENT ORDER NO. 1**

Having considered Direct Purchaser Plaintiffs' Interim Co-Lead Counsel's ("Counsel") Motion for an Order amending the Court's Order Granting Joint Motion to Consolidate Under Fed. R. Civ. P. 42 and Joint Motion for Entry of Case Management Order No. 1 appointing leadership for the proposed direct purchaser class ("Leadership Order") to substitute DiCello Levitt Gutzler for Labaton Sucharow LLP as Interim Lead Counsel for the proposed Class of Direct Purchaser Plaintiffs,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Counsel's Motion for an Order amending the Court's Leadership Order is granted, and DiCello Levitt Gutzler shall be substituted for Labaton Sucharow LLP in this Action.

**IT IS SO ORDERED**.

Dated: _____, 2022

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　HON. SHERYL H. LIPMAN
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE