# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| FUSION ELITE ALL STARS, et al., )<br>)<br>Plaintiffs,      )<br>v.                            )<br>)<br>VARSITY BRANDS, LLC, et al.,   )<br>)<br>Defendants.    ) | Case No. 2:20-cv-02600-SHL-tmp |
| AMERICAN SPIRIT AND CHEER )<br>ESSENTIALS, INC., et al.,    )<br>)<br>Plaintiffs,      )<br>v.                            )<br>)<br>VARSITY BRANDS, LLC, et al.,   )<br>)<br>Defendants.    ) | Case No. 2:20-cv-02782-SHL-tmp |
| JESSICA JONES, et al.,        )<br>)<br>Plaintiffs,      )<br>v.                            )<br>)<br>VARSITY BRANDS, LLC, et al.,   )<br>)<br>Defendants.    ) | Case No. 2:20-cv-02892-SHL-tmp |
| KATHERINE ANN RADEK, et al.,  )<br>)<br>Plaintiffs,      )<br>v.                            )<br>)<br>VARSITY BRANDS, LLC, et al.,   )<br>)<br>Defendants.    ) | Case No. 2:20-cv-02649-SHL-tmp |

| | |
|---|---|
| FUSION ELITE ALL STARS, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No. 2:21-mc-00028-SHL-tmp ) |
| REBEL ATHLETIC INC., | ) ) |
| Defendant. | ) ) ) |

**ORDER GRANTING MOTION TO AMEND ORDER**

Before the Court is Plaintiffs' Motion to Amend Order Granting Joint Motion to Consolidate Under Fed. R. Civ. P. 42 and Joint Motion for Entry of Case Management Order No. 1 ("Leadership Order"), (ECF No. 205),[1] filed March 7, 2022.

Plaintiffs seek to reflect the new law firm name for Karin E. Garvey – the Interim Co-Lead Counsel for the proposed class of direct purchaser plaintiffs, as authorized by the Court in the Leadership Order – who left the law firm Labaton Sucharow LLP ("Labaton") and has joined DiCello Levitt Gutzler.  According to Plaintiffs, her former firm Labaton supports the Motion, as do Interim Co-Lead Counsel Berger Montague PC, Cuneo Gilbert & Laduca, LLP, and Liaison Counsel Branstetter, Stranch & Jenings PLLC.  Plaintiffs confirm that two other attorneys principally working on this case, Gregory Asciolla and Veronica Bosco, are also joining DiCello Levitt Gutzler and will continue to work on this litigation.  Finally, Plaintiffs assert that Defendants do not oppose the relief requested.

Finding cause and without opposition, the Court **GRANTS** the Motion.  The existing Leadership Order shall include the firm name DiCello Levitt Gutzler for counsel Karin E.

---

[1] This Order applies to all related cases captioned above.  The Court will use the ECF docket numbers for <u>Fusion Elite All Stars, et al., v. Varsity Brands, LLC, et al.</u>, Case 2:20-cv-02600-SHL-tmp.

2

Garvey in place of Labaton.  Counsel is responsible for updating their contact information on the docket.

    **IT IS SO ORDERED**, this 7th day of March, 2022.

                                              s/Sheryl H. Lipman  
                                              Hon. Sheryl H. Lipman  
                                              UNITED STATES DISTRICT JUDGE