**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**

**FUSION ELITE ALL STARS**, et al.,

        Plaintiffs,

v.

**VARSITY BRANDS, LLC**, et al.,

        Defendants.

Case No. 2:20-cv-02600-SHL-tmp

**JURY TRIAL DEMANDED**

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL DISCOVERY RESPONSES FROM DEFENDANTS VARSITY BRANDS, LLC, VARSITY SPIRIT, LLC, VARSITY SPIRIT FASHION & SUPPLIES, LLC AND U.S. ALL STAR FEDERATION**

Plaintiffs Fusion Elite All Stars, Spirit Factor LLC d/b/a Fuel Athletics, Stars and Stripes Gymnastics Academy Inc. d/b/a Stars and Stripes Kids Activity Center, Kathryn Anne Radek, Lauren Hayes, and Janine Cherasaro (collectively, "Plaintiffs") respectfully move the Court, pursuant to Local Rules 7.2(c), for leave to file a reply memorandum ("Reply") in support of their Motion to Compel Discovery Responses ("Motion") from Defendants Varsity Brands, LLC, Varsity Spirit, LLC, Varsity Spirit Fashion & Supplies, LLC ("Varsity") and U.S. All Star Federation ("USASF").

1.      On February 15, 2022, Plaintiffs filed their Motion, which included a memorandum in support totaling 9 ½ pages in accordance with Local Rule 7.2(e). Plaintiffs also submitted four exhibits in support of the Motion. (Dkt. 199.)

2.      On March 1, 2022, Varsity and USASF each filed separate responses in opposition to the Motion (Dkts. 203, 204.)

3.      Defendants' responses raise issues that require a reply, including representations about the nature of the discovery agreements made by the parties, the nature of the discovery

served by each party, the burden that would result from the discovery sought, the applicability of certain evidentiary rules to the discovery sought, and the need for discovery sanctions.

4.      Plaintiffs seek leave to file a single reply totaling 7 pages that will address both Varsity's and USASF's responses, attached as Exhibit 1, with a Declaration, attached as Exhibit 2.

For these reasons, Plaintiffs respectfully request leave to file their Reply. Plaintiffs make this timely request within 7 days of service of Defendants' Response. Defendants do not oppose the relief sought by Plaintiffs.

Dated: March 8, 2022                         Respectfully submitted,

                                             By: */s/ Victoria Sims*
                                             Jonathan W. Cuneo*
                                             Katherine Van Dyck*
                                             Victoria Sims*
                                             **CUNEO GILBERT & LADUCA, LLP**
                                             4725 Wisconsin Avenue NW, Suite 200
                                             Washington, DC 20016
                                             Telephone: (202) 789-3960
                                             jonc@cuneolaw.com
                                             kvandyc@cuneolaw.com
                                             vicky@cuneolaw.com

                                             H. Laddie Montague, Jr.*
                                             Eric L. Cramer*
                                             Mark R. Suter*
                                             **BERGER MONTAGUE PC**
                                             1818 Market Street, Suite 3600
                                             Philadelphia, PA 19106
                                             Telephone: (215) 875-3000
                                             hlmontague@bm.net
                                             ecramer@bm.net
                                             msuter@bm.net

                                             Gregory S. Asciolla*
                                             Karin E. Garvey*
                                             Veronica Bosco*

**DICELLO LEVITT GUTZLER**
One Grand Central Place
60 East 42nd Street, Suite 2400
New York, NY 10165
Telephone: (646) 933-1000
kgarvey@dicellolevitt.com
gasciolla@dicellolevitt.com
vbosco@dicellolevitt.com

*Interim Co-Lead Counsel for the Proposed Direct Purchaser Class*

J. Gerard Stranch, IV (TN BPR #23045)
Benjamin A. Gastel (TN BPR #28699)
**BRANSTETTER, STRANCH & JENNINGS, PLLC**
223 Rosa Parks Ave. Suite 200
Nashville, TN 37203
Telephone: (615) 254-8801
gerards@bsjfirm.com
beng@bsjfirm.com

*Liaison Counsel for the Proposed Direct Purchaser Class*

Benjamin D. Elga*
**JUSTICE CATALYST LAW, INC.**
81 Prospect Street Brooklyn, NY 11201
Telephone: (518) 732-6703
belga@justicecatalyst.org

Roberta D. Liebenberg*
Jeffrey S. Istvan*
Mary L. Russell*
**FINE KAPLAN AND BLACK, R.P.C.**
One South Broad St., 23rd Floor
Philadelphia, PA 19107
Telephone: (215) 567-6565
rliebenberg@finekaplan.com
jistvan@finekaplan.com
mrussell@finekaplan.com

Nathan A. Bicks (TN BPR #10903)
Frank B. Thacher III (TN BPR #23925)
**BURCH, PORTER, & JOHNSON, PLLC**
130 North Court Ave.
Memphis, TN 38103

Telephone: (901) 524-5000
nbicks@bpjlaw.com
fthacher@bpjlaw.com

Aubrey B. Harwell, Jr. (TN BPR #002559)
Charles Barrett (TN BPR #020627)
Aubrey B. Harwell III (TN BPR #017394)
**NEAL & HARWELL, PLC**
1201 Demonbreun St., Suite 1000 Nashville, TN 37203
Telephone: (615) 244-1713
aharwell@nealharwell.com
cbarrett@nealharwell.com
tharwell@nealharwell.com

*Admitted pro hac vice

*Counsel for the Proposed Direct Purchaser Class*

## **CERTIFICATE OF GOOD FAITH**

Consistent with Local Rule 26.1(b)(1) and 7.2(a)(1)(B), counsel for Plaintiffs conferred with counsel for Defendants, and Defendants agreed to the relief requested in this Motion.


*/s/ Victoria Sims*
Victoria Sims

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on March 8, 2022, the foregoing was served via ECF processing upon the following:

Adam S. Baldridge
Matthew S. Mulqueen
BAKER DONELSON BEARMANN
CALDWELL & BERKOWITZ
165 Madison Ave Ste 2000
Memphis, TN 38103
Tel: 901-526-2000
abaldridge@bakerdonelson.com
mmulqueen@bakerdonelson.com

Grady M. Garrison
Nicole D. Berkowitz
BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, P.C.
165 Madison Ave. Ste. 2000
Memphis, TN 38103
Tel: 901-526-2000
ggarrison@bakerdonelson.com
nberkowitz@bakerdonelson.com

George S. Cary
Mark W. Nelson
Alexis Collins
Steven J. Kaiser
CLEARY     GOTTILEB     STEEN     &
HAMILTON LLP
2112 Pennsylvania Avenue NW Ste 1000
Washington, DC 20037
Tel: 202-974-1500
gcary@cgsh.com
mnelson@cgsh.com
alcollins@cgsh.com
skaiser@cgsh.com

*Attorneys for Defendant U.S. All Star
Federation, Inc.*

*Attorneys for Defendants Varsity Brands, LLC,
Varsity Spirit Fashions & Supplies, Inc., and
Varsity Spirit, LLC*

*s/ Victoria Sims*
Victoria Sims