Exhibit 3

**Kevin Rayhill**

| | |
|---|---|
| **From:** | Kevin Rayhill |
| **Sent:** | Monday, March 14, 2022 1:31 PM |
| **To:** | skaiser@cgsh.com; mmulqueen@bakerdonelson.com |
| **Cc:** | Joseph Saveri; Ronnie Spiegel; Elissa A. Buchanan; Ashleigh Jensen; Ruby Ponce |
| **Subject:** | Varsity's Responses to Plaintiffs' Second Requests For Production To Varsity |

Steve,

Varsity has served responses indicating it objects to and refuses to comply with any of Plaintiffs' Second Requests for Production. Many of the individuals identified in these requests are scheduled to be deposed in the coming weeks. Plaintiffs are prepared to seek the Court's assistance if Defendants are standing on their objections and will not comply with these Requests. Plaintiffs seek to meet and confer with respect to these requests. Please send me some times this week that you are available. I am unavailable on Friday, March 18, but otherwise have wide availability.

Kevin

**Kevin E. Rayhill**
*Associate Attorney*

JOSEPH SAVERI

##########

601 California Street, Suite 1000
San Francisco, CA 94108
**T** 415.500.6800 x804
**F** 415.395.9940