# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | | |
|---|---|---|
| FUSION ELITE ALL STARS, et al., | ) | |
|     Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 2:20-cv-2600-SHL-tmp |
| | ) | |
| VARSITY BRANDS, LLC, et al., | ) | |
|     Defendants. | ) | |
| | ) | |
| AMERICAN SPIRIT AND CHEER ESSENTIALS, INC., et al., | ) | |
|     Plaintiffs, | ) | |
| v. | ) | No. 2:20-cv-2782-SHL-tmp |
| | ) | |
| VARSITY BRANDS, LLC, et al., | ) | |
|     Defendants. | ) | |
| | ) | |
| JESSICA JONES, et al., | ) | |
|     Plaintiffs, | ) | |
| v. | ) | No. 2:20-cv-2892-SHL-tmp |
| | ) | |
| BAIN CAPITAL PRIVATE EQUITY, et al., | ) | |
|     Defendants. | ) | |

**ORDER GRANTING JOINT MOTION TO MODIFY SCHEDULING ORDERS**

Before the Court is the Parties' Joint Motion to Modify Scheduling Orders, (ECF No. 242[1]), filed April 18, 2022. All Plaintiffs and all Defendants in the above-captioned matters seek a one-day extension to complete the deposition of Sheila Noone. In support, they state that, due to the extraordinary circumstance of a family medical emergency for one of the Fusion Elite Plaintiffs, the Parties agreed to suspend Noone's deposition at the conclusion of the questioning

---

[1] The Court will reference the ECF numbers for docket entries from Fusion Elite, et. al. v. Varsity Brands, et. al., No. 2:20-cv-2600-SHL-tmp, in this Order. The Parties' Joint Motion is also located on the dockets of the Jones and American Spirit matters.

of counsel for the Jones Plaintiffs, and resume it the following week with questions from the Fusion Elite Plaintiffs.  However, the Parties state that they were unable to schedule it to resume on April 18, 2022, the deadline for the completion of depositions, but were able to do so on April 19, 2022.  The Parties have 3.5 hours left of remaining deposition time for Noone.

A scheduling order "may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4).  Finding cause and with the full cooperation of and consent among the Parties, the Court **GRANTS** the Motion.  The Parties will have until the end of the day on April 19, 2022, to conclude the Noone deposition.  No other requests for extensions of these deadlines will be granted absent extraordinary circumstances.

**IT IS SO ORDERED,** this 18th day of April, 2022.

s/ Sheryl H. Lipman  
SHERYL H. LIPMAN  
UNITED STATES DISTRICT JUDGE