# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **FUSION ELITE ALL STARS, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | **Case No. 2:20-cv-02600-SHL-cgc** |
| ) | **Judge Sheryl H. Lipman** |
| v. ) | |
| ) | |
| **VARSITY BRANDS, LLC, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## NON-PARTY REBEL ATHLETIC INC.'S UNOPPOSED AMENDED MOTION FOR LEAVE TO EXCEED PAGE LIMIT

Pursuant to Local Rule 7.2, Non-Party Rebel Athletic Inc. ("Rebel"), by and through counsel, files this Amended Unopposed Motion for Leave to Exceed Page Limit and respectfully requests leave to exceed the Court's twenty-page limit for memorandums, so that it may file its Sealed Memorandum in Support of Rule 72 Objections to the Order Compelling a Texas Non-Party to Produce Documents Contrary to Rule 45, which is twenty-two pages of substantive argument (this does not include the table of contents, title, or signature pages).[1]  As grounds for this Motion, Rebel states that the Sealed Memorandum contains a detailed analysis and explanation of numerous important issues regarding an extensive subpoena served on Rebel in this litigation, and that this analysis required slightly more than twenty-pages.  For this reason, Rebel respectfully requests leave to exceed the Rule 7.2 page limit by two pages.

---

[1] The Motion is being amended to add a certificate of consultation pursuant to Local Rule 7.2, and to add that the Motion is unopposed.

1

RESPECTFULLY SUBMITTED,

/s/ Elizabeth G. Hart
THE SWAFFORD LAW FIRM, PLLC
Thomas Anthony Swafford, BPR # 17578
Tara L. Swafford, BPR # 17577
Elizabeth G. Hart, BPR # 30070
321 Billingsly Court, Suite 19
Franklin, Tennessee 37067
Telephone: (615) 599-8406
Facsimile: (615) 807-2355
tony@swaffordlawfirm.com
tara@swaffordlawfirm.com
betsy@swaffordlawfirm.com

Jessica Renee Brown
FisherBroyles LLP
Texas State Bar No. 24048975
4514 Cole Avenue, Suite 600
Dallas, Texas 75206
Phone: 469.586.6861
Jessica.wilson@fisherbroyles.com

## **CERTIFICATE OF CONSULTATION**

      I hereby certify that on May 13, 2022, I consulted with the following counsel via email regarding the requested relief:

      Charles Barrett for the Plaintiffs
      Steven J. Kaiser for the Varsity Defendants
      Nicole Berkowitz Riccio for Defendant U.S. All Star Federation

No party opposes the relief sought.

                                                            /s/     Jessica Renee Brown
                                                                 Jessica Renee Brown

## CERTIFICATE OF SERVICE

      I hereby certify that on the 16th day of May 2022, a true and correct copy of the foregoing document has been served via email, U.S. Mail, or the Court's Electronic Filing System on:

Lynette S. Byrd
OBERHEIDEN, P.C.
E-mail: lsb@federal-lawyer.com

Victoria Sims
CUNEO GILBERT & LADUCA, LLP
jonc@cuneolaw.com
kvandyc@cuneolaw.com
vicky@cuneolaw.com

Eric L. Cramer
Mark R. Suter
BERGER MONTAGUE PC
hlmontague@bm.net
ecramer@bm.net
msuter@bm.net

Gregory S. Asciolla
Karin E. Garvey
Veronica Bosco
LABATON SUCHAROW LLP
gasciolla@labaton.com
kgarvey@labaton.com
vbosco@labaton.com

*Attorneys for Plaintiffs*

Adam S. Baldridge
Matthew S. Mulqueen
BAKER DONELSON BEARMANN
CALDWELL & BERKOWITZ
abaldridge@bakerdonelson.com
mmulqueen@bakerdonelson.com

George S. Cary
Mark W. Nelson
Alexis Collins
Steven J. Kaiser
CLEARY GOTTILEB STEEN & HAMILTON LLP
gcary@cgsh.com
mnelson@cgsh.com
alcollins@cgsh.com
skaiser@cgsh.com

*Attorneys for Varsity Defendants*

Grady M. Garrison
Nicole D. Berkowitz
BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, P.C.
ggarrison@bakerdonelson.com
nberkowitz@bakerdonelson.com

*Attorneys for U.S. All Star Federation, Inc.*

                      /s/    Elizabeth G. Hart
                          Elizabeth G. Hart