# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | |
|---|---|
| FUSION ELITE ALL STARS, et al., | Case No. 2:20-cv-02600-SHL-cgc |
| Plaintiffs, | **JURY DEMAND** |
| v. | |
| VARSITY BRANDS, LLC, et al., | |
| Defendants. | |
| AMERICAN SPIRIT AND CHEER ESSENTIALS, INC., et al., | Case No. 2:20-cv-02782-SHL-atc |
| Plaintiffs, | **JURY DEMAND** |
| v. | |
| VARSITY BRANDS, LLC, et al. | |
| Defendants. | |
| JESSICA JONES, et al., | Case No. 2:20-cv-02892-SHL-tmp |
| Plaintiffs, | **JURY DEMAND** |
| v. | |
| VARSITY BRANDS, LLC, et al. | |
| Defendants. | |

**PLAINTIFFS' NOTICE OF CORRECTION REGARDING THEIR NOTICE REGARDING THE DEPOSITION OF DAVID OWENS AND DEFENDANTS' MOTION FOR SANCTIONS AND FOR PROTECTIVE ORDER**

Plaintiffs in the above-captioned actions file this Notice of Correction to address the following issues with their Notice Regarding the Deposition of David Owens and Defendants' Motion for Sanctions and for Protective Order, filed in *Jones et al. v. Varsity Brands, LLC, et al.*, No. 2:20-cv-02892-SHL-tmp, on May 18, 2022 (ECF No. 302):

1) Accept all redline changes;

2) Change the time of day from 4:45 p.m. to 7:45 p.m., Eastern time to reflect the correct time in the following sentence: "Defendants did not complete their questioning until 7:45 p.m., Eastern time, but Plaintiffs endeavored to—and did—shorten their examinations so that they could finish on May 17."; and

3) Expand the filing to include the following related cases: *Fusion Elite All Stars et al. v. Varsity Brands, LLC, et al.*, No. 2:20-cv-02600-SHL-tmp; and *American Spirit and Cheer Essentials, Inc., et al.*, No. 2:20-cv-02782-SHL-tmp.

No other changes were made to the filing. A corrected version of Plaintiffs' Notice Regarding the Deposition of David Owens and Defendants' Motion for Sanctions and for Protective Order is attached hereto.

Dated: May 19, 2022                              Respectfully submitted,

By:     /s/ *Joseph R. Saveri*
          Joseph R. Saveri

Joseph R. Saveri*
Steven N. Williams*
Ronnie Seidel Spiegel*+
Kevin E. Rayhill*
Elissa A. Buchanan*
David Seidel*
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile:   (415) 395-9940
jsaveri@saverilawfirm.com
swilliams@saverilawfirm.com
rspiegel@saverilawfirm.com
krayhill@saverilawfirm.com
eabuchanan@saverilawfirm.com
dseidel@saverilawfirm.com

Van Turner (TN Bar No. 22603)
**BRUCE TURNER, PLLC**
2650 Thousand Oaks Blvd., Suite 2325
Memphis, Tennessee 38118
Telephone: (901) 290-6610
Facsimile: (901) 290-6611
vturner@bruceturnerlaw.net

Daniel E. Gustafson*
Daniel C. Hedlund*
Daniel J. Nordin*
David A Goodwin*
Ling Shan Wang*
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
dnordin@gustafsongluek.com
dgoodwin@gustafsongluek.com
lwang@gustafsongluek.com

Richard M. Paul III*
Sean R. Cooper*
Ashlea Schwarz*
**PAUL LLP**
601 Walnut, Suite 300
Kansas City, Missouri 64106
Telephone: (816) 984-8100
rick@paulllp.com
sean@paulllp.com
ashlea@paulllp.com

Jason S. Hartley*
Fatima Brizuela*
**HARTLEY LLP**
101 West Broadway, Suite 820
San Diego, CA 92101
Telephone: (619) 400-5822
hartley@hartleyllp.com
brizuela@hartleyllp.com

*Attorneys for Jones Plaintiffs*

H. Laddie Montague, Jr.*
Eric L. Cramer*
Michael J. Kane*
Mark R. Suter*
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19106
Telephone: (215) 875-3000
hlmontague@bm.net
ecramer@bm.net
mkane@bm.net
msuter@bm.net

Jonathan W. Cuneo*
Victoria Sims*
**CUNEO GILBERT & LADUCA LLP**
4725 Wisconsin Avenue NW, Suite 200
Washington, DC 20016
Telephone: (202) 789-3960
jonc@cuneolaw.com
vicky@cuneolaw.com
Karin E. Garvey*
Gregory S. Asciolla*
Veronica Bosco*

**DICELLO LEVITT GUTZLER**
60 East 42nd Street, Suite 2400
New York, NY 10165
Telephone: (646) 933-1000
kgarvey@dicellolevitt.com
gasciolla@dicellolevitt.com
vbosco@dicellolevitt.com

*Interim Co-Lead Counsel for the Proposed Direct Purchaser Class*

J. Gerard Stranch, IV (TN BPR #23045)
Benjamin A. Gastel (TN BPR #28699)
**BRANSTETTER, STRANCH & JENNINGS, PLLC**
223 Rosa Parks Ave. Suite 200
Nashville, TN 37203
Telephone: (615) 254-8801
gerards@bsjfirm.com
beng@bsjfirm.com

*Liaison Counsel for the Proposed Direct Purchaser Class*

Benjamin D. Elga*
**JUSTICE CATALYST LAW, INC.**
81 Prospect Street
Brooklyn, NY 11201
Telephone: (518) 732-6703
belga@justicecatalyst.org

Roberta D. Liebenberg*
Jeffrey S. Istvan*
Mary L. Russell*
**FINE KAPLAN AND BLACK, R.P.C**
One South Broad St., 23rd Floor
Philadelphia PA 19107
Telephone: (215) 567-6565
rliebenberg@finekaplan.com
jistvan@finekaplan.com
mrussell@finekaplan.com
Nathan A. Bicks (TN BPR #10903)
Frank B. Thacher III (TN BPR #23925)
**BURCH, PORTER, & JOHNSON, PLLC**

        130 North Court Ave.
        Memphis, TN 38103
        Telephone: (901) 524-5000
        nbicks@bpjlaw.com
        fthacher@bpjlaw.com

        Aubrey B. Harwell, Jr. (TN BPR #002559)
        Charles Barrett (TN BPR #020627)
        Aubrey B. Harwell III (TN BPR #017394)
        **NEAL & HARWELL, PLC**
        1201 Demonbreun St., Suite 1000
        Nashville, TN 37203
        Telephone: (615) 244-1713
        aharwell@nealharwell.com
        cbarrett@nealharwell.com
        tharwell@nealharwell.com

        *Counsel for the Proposed Direct Purchaser Class*


        Robert A. Falanga*
        Kobelah Svensen Bennah*
        **LAW OFFICES FALANGA & CHALKER**
        11200 Atlantis Pl #C
        Alpharetta, GA 30022
        Telephone: (770) 955-0006
        robert@falangalaw.com
        kobelah@falangalaw.com

        *Interim Lead Class Counsel for the Proposed Independent Event Production Class, the Competitive Recreational, College, High School or Junior High School Student Parent Class, the Apparel, Athletic Equipment and Merchandise Class, and the Cheer Camp Market Class*


        * Admitted pro hac vice

        +Located in Washington State

**CERTIFICATE OF SERVICE**

I hereby certify that on May 19, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

Dated: May 19, 2022                             By:  */s/ Joseph R. Saveri*
                                                                    Joseph R. Saveri