IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| FUSION ELITE ALL STARS, et al., ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 2:20-cv-02600-SHL-tmp |
| ) | |
| VARSITY BRANDS, LLC, et al., ) | |
| Defendants. ) | |

**ORDER SETTING EXPEDITED BRIEFING SCHEDULE ON MOTION TO AMEND SCHEDULING ORDERS TO EXTEND DEADLINES RELATED TO EXPERT DISCOVERY AND CLASS CERTIFICATION**

Before the Court is Defendants' Motion to Amend Scheduling Orders to Extend Deadlines Related to Expert Discovery and Class Certification, (ECF No. 285), filed August 11, 2022. Defendants seek extensions to deadlines set by this Court in its December 16, 2021, Amended Scheduling Order, (ECF No. 177), and May 10, 2022, Order Granting Parties' Joint Motion for Entry of Agreed Amendment to Scheduling Orders. (ECF No. 255.) Given the upcoming August 26, 2022, deadline for Opposing Expert Reports, Defendants seek an expedited briefing schedule on the Motion.

Defendants' request for an expedited briefing schedule is well-taken, and the Court agrees. Plaintiffs are **ORDERED** to respond to the Motion for Expedited Discovery no later **August 17, 2022.**

**IT IS SO ORDERED,** this 12th day of August, 2022.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE