IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

**FUSION ELITE ALL STARS, et al.,**

    Plaintiffs,                                     Case No: **2:20-cv-02600-SHL-tmp**

v.

**REBEL ATHLETIC, INC.**                       **Related Case Nos.:**
                                                            2:20-cv-02600-SHL-tmp
    Defendants.                                    2:20-cv-02782-SHL-tmp

---

**NOTICE OF SUBSTITUTION OF COUNSEL**

---

Please take notice that Neal & Harwell, PLC attorney, Blind Akrawi, is withdrawing as counsel for Plaintiffs Fusion Elite All Stars in this case. Attorney Charles F. Barrett will remain as counsel for Plaintiffs, Fusion Elite All Stars.

                                                          Respectfully submitted,

                                                          /s/ *Blind Akrawi*
                                                          Charles F. Barrett, BPR No. 20627
                                                          Blind Akrawi, BPR No. 23213
                                                          Neal & Harwell, PLC
                                                          1201 Demonbreun Street, Suite 1000
                                                          Nashville, TN 37203
                                                          Telephone: (615) 244-1713
                                                          Email: cbarrett@nealharwell.com
                                                          Email: bakrawi@nealharwell.com

**CERTIFICATE OF SERVICE**

I hereby certify that on November 21, 2022, the foregoing document was filed with the court via the Electronic Case Filing (ECF) system to the following recipients:

| _**Attorneys for Plaintiffs:**_ | _**Attorneys for Defendant Rebel Athletic Inc.:**_ |
|---|---|
| OBERHEIDEN P.C.<br>Lynette S Byrd<br>440 Louisiana Street<br>Suite 200<br>Houston, TX 77002<br>Phone: 469-955-3975<br>Email: lsb@federal-lawyer.com<br><br>Eric L Cramer<br>Berger Montague PC<br>1818 Market Street, Suite 3600<br>Philadelphia, PA 19106<br>Phone: 215-875-3000<br><br>DICELLO LEVITT LLC<br>Gregory S. Asciolla<br>Karin E. Garvey<br>Veronica Bosco<br>485 Lexington Avenue<br>Tenth Floor<br>New York, NY 10017<br>Phone: 646-933-1000<br>Fax: 646-494-9648<br>Email: gasciolla@dicellolevitt.com<br>Email: kgarvey@dicellolevitt.com<br>Email: vbosco@dicellolevitt.com<br><br>DICELLO LEVITT LLC<br>Brian M Hogan<br>Ten North Dearborn Street, Sixth Floor<br>Chicago, IL 60602<br>Phone: 312-214-7900<br>Email: bhogan@dicellolevitt.com | DUNN SHEEHAN LLP<br>William David Dunn<br>John David Blakley<br>3400 Carlisle Street, Suite 200<br>Dallas, TX 75204<br>Phone: 214-855-0077<br>Fax: 214-866-0070<br>Email: ddunn@dunnsheehan.com<br>Email: jdblakley@dunnsheehan.com<br><br>THE SWAFFORD LAW FIRM, PLLC<br>Elizabeth Grace Hart<br>207 Third Avenue North<br>Franklin, TN 37064<br>Phone: 615-599-8406<br>Email: betsy@swaffordlawfirm.com |

FALANGA & CHALKER
Handerson Kobelah Wellington Svensen Bennah
11200 Atlantis Place, Suite C
Alpharetta, GA 30022
Phone: 770-955-0006
Email: kobelah@falangalaw.com


Katherine Van Dyck
710 A Street NE
Washington, DC 20002
Phone: 202-904-8101
Email: vandyck.katherine@gmail.com


Mark R. Suter
Berger Montague PC
1818 Market Street, Suite 3600
Philadelphia, PA 19106
Phone: 215-875-3000


CUNEO GILBERT & LADUCA LLP (D.C.)
Victoria Sims
Jonathan Watson Cuneo, *pro hac vice*
4725 Wisconsin Ave, NW
Suite 200
Washington, DC 20016
202-789-3960
Email: vicky@cuneolaw.com
Email: jonc@cuneolaw.com


BRANSTETTER, STRANCH & JENNINGS, PLLC
Alyson Steele Beridon
425 Walnut Street, Suite 2315
Cincinnatti, OH 45202
Phone: 513-381-2224
Fax: 615-255-5419
Email: alysonb@bsjfirm.com


BRANSTETTER, STRANCH & JENNINGS, PLLC
J. Gerald Stranch, IV
Benjamin Andrew Gastel
223 Rosa L Parks Ave., Suite 200
Nashville, TN 37203
Phone: 615-254-8801
Fax: 615-255-5419

Email: beng@bsjfirm.com
Email: gerards@bsjfirm.com

<u>Justice Catalyst Law</u>
Benjamin Elga
40 Rector Street, 9th Floor
New York, NY 10006
Phone: 518-732-6703
Email: belga@justicecatalyst.org

<u>DOJ-ATR</u>
Craig Louis Briskin
DOJ-ATR
450 Fifth Street, NW, Suite 8000
Washington, DC 20001
Phone: 202-704-4741
Email: Craig.Briskin@usdoj.gov

<u>Berger Montague PC</u>
H. Laddie Montague, Jr., *pro hac vice*
Eric Leon Cramer, *pro hac vice*
Mark Suter
Michael J. Kane
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Phone: 215-875-3009
Fax: 215-875-4604
Email: hlmontague@bm.net
Email: ecramer@bm.net
Email: msuter@bm.net
Email: mkane@bm.net

<u>Berger Montague PC</u>
Joshua P Davis
59A Montford Avenue
Mill Valley, CA 94941
Phone: 415-215-0962
Fax: 215-875-4604
Email: jdavis@bm.net

<u>Fine, Kaplan and Blank, R.P.C.</u>
Jeffrey S. Istvan
Mary L. Russell

4


| | |
|---|---|
| Roberta D. Libenberg, *pro hac vice*<br>One S. Broad Street, 23rd Floor<br>Philadelphia, PA 19107<br>Phone: 215-567-6565<br>Fax: 215-568-5872<br>Email: jistvan@finekaplan.com<br>Email: mrussell@finekaplan.com<br>Email: rliebenberg@finekaplan.com<br><br>GILBERT LLP<br>Ethan H. Kaminsky<br>700 E Pennsylvania Ave SE, 400<br>Washington, DC 20003<br>Phone: 202-722-2200<br>Email: ekaminsky@labaton.com | |
| ***Attorneys for Defendant Varsity Brands, LLC:***<br><br>BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ<br>Adam S. Baldridge<br>Matthew Sinon Mulqueen<br>165 Madison Ave., Suite 2000<br>Memphis, TN 38103<br>Phone: 901-526-2000<br>Email: abaldridge@bakerdonelson.com<br>Email: mmulqueen@bakerdonelson.com<br><br>CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>George Cary, *pro hac vice*<br>Linden Bernhardt<br>Steven Kaiser, *pro hac vice*<br>2112 Pennsylvania Avenue NW, Suite 1000<br>Washington, DC 20037<br>Phone: 202-974-1920<br>Email: gcary@cgsh.com<br>Email: lbernhardt@cgsh.com<br>Email: skaiser@cgsh.com | ***Attorneys for Defendant U.S. All Star Federation, Inc.:***<br><br>BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ<br>Grady M. Garrison<br>James Andrew Roach<br>Karen Lott Glover<br>Nicole Berkowitz Ricco<br>165 Madison Ave., Suite. 2000<br>Memphis, TN 38103<br>Phone: 901-526-2000<br>Fax: 901-577-2303<br>Email: ggarrison@bakerdonelson.com<br>Email: aroach@bakerdonelson.com<br>Email: kglover@bakerdonelson.com<br>Email: nberkowitz@bakerdonelson.com |

| | |
|---|---|
| <u>CLEARY GOTTLIEB STEEN & HAMILTON LLP</u><br>Heather Nyong'O<br>650 California Street, Suite 2000<br>San Francisco, CA 94108<br>Phone: 650-815-4140<br>Email: hnyongo@cgsh.com<br><br><u>CLEARY GOTTLIEB STEEN & HAMILTON LLP</u><br>Jennifer Kennedy Park<br>One Liberty Plaza<br>New York, NY 10006<br>Phone: 212-225-2000<br>Email: jkpark@cgsh.com | |
| ***<u>Attorneys for Defendant Jeff Webb:</u>***<br><br><u>LOCKE LORD LLP</u><br>Brendan P Gaffney<br>Paul Coggins<br>Katherine Wright<br>2200 Ross Ave., Suite 2800<br>Dallas, TX 75201<br>Phone: 214-740-8616<br>Fax: 214-756-8616<br>Email: bgaffney@lockelord.com<br>Email: pcoggins@lockelord.com<br>Email: katie.wright@lockelord.com<br><br><u>BUTLER SNOW LLP</u><br>Edward L. Stanton , III<br>Samuel Keenan Carter<br>6075 Poplar Avenue, Suite 500<br>Memphis, TN 3119<br>Phone: 901-680-7369<br>Email: edward.stanton@butlersnow.com<br>Email: keenan.carter@butlersnow.com | |

                                            /s/ Blind Akrawi
                                            Blind Akrawi