# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | | |
|---|---|---|
| FUSION ELITE ALL STARS, et al., | ) | |
|    Plaintiffs, | ) ) ) | |
| v. | ) ) | No. 2:20-cv-2600-SHL-tmp |
| VARSITY BRANDS, LLC, et al., | ) ) ) | |
|    Defendants. | ) | |

| | | |
|---|---|---|
| JESSICA JONES, et al., | ) | |
|    Plaintiffs, | ) ) ) | |
| v. | ) ) | No. 2:20-cv-02892-SHL-tmp |
| BAIN CAPITAL PRIVATE EQUITY, et al., | ) ) ) | |
|    Defendants. | ) | |

## SUPPLEMENTAL SCHEDULING ORDER

Pursuant to the Status Conference held on January 18, 2023, the Court hereby establishes a Supplemental Scheduling Order as follows:

| Event | Fusion Dates<br>Case No. 20-cv-2600 | Jones Dates<br>Case No. 20-cv-2892 |
|---|---|---|
| **Deadline for Replies in Support of Motions to Exclude Expert Testimony (existing deadline)** | March 28, 2023 | April 28, 2023 |
| **Deadline for Plaintiffs' Reply in Support of Motion for Class Certification (existing deadline)** | April 17, 2023 | May 25, 2023 |
| **Summary Judgment Motions** | June 30, 2023 | July 28, 2023 |

| Event | Fusion Dates<br>Case No. 20-cv-2600 | Jones Dates<br>Case No. 20-cv-2892 |
|---|---|---|
| **Oppositions to Summary Judgment Motions** | August 15, 2023 | September 15, 2023 |
| **Replies in Support of Summary Judgment Motions** | September 11, 2023 | October 13, 2023 |
| **Motions In Limine Due** | November 13, 2023 | Date to be set by separate order. |
| **Trial Memoranda Due** | November 22, 2023 | Date to be set by separate order. |
| **Parties to File Joint Proposed Pretrial Order** | December 1, 2023 | Date to be set by separate order. |
| **Pretrial Conference**<br>(All counsel participating in the trial must be present in person at the pretrial conference.) | December 15, 2023 at 10:00 am in Courtroom 1 | Date to be set by separate order. |
| **Jury Trial** | January 16, 2024 at 9:30 am in Courtroom 1<br>- Trial is anticipated to last approximately 3 weeks. | Date to be set by separate order. |

*This order has been entered after consultation with the parties. Absent good cause shown, the deadlines set by this order will not be modified or extended.*

**IT IS SO ORDERED,** this 18th day of January, 2023.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE
