# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| FUSION ELITE ALL STARS, et al., <br><br>　　Plaintiffs, <br><br>v. <br><br>VARSITY BRANDS, LLC, et al., <br><br>　　Defendants. | ) <br> ) <br> ) <br> ) 　No. 2:20-cv-02600-SHL-tmp <br> ) <br> ) <br> ) <br> ) |

### ORDER GRANTING PARTIES' JOINT MOTION FOR EXTENSION OF TIME TO FILE CLASS CERTIFICATION AND <u>DAUBERT</u> MOTIONS

Before the Court is the Parties' Joint Motion for Extension of Time to File Class Certification and <u>Daubert</u> Motions, filed January 27, 2023. (ECF No. 322.) The Parties seek an extension of their current deadline for class certification and <u>Daubert</u> motions from January 27, 2023, to February 1, 2023, and an extension of the deadline for Responses to those motions from March 3, 2023, to March 10, 2023. (<u>Id</u>. at PageID 5728.) The Parties state that they have conferred and agree that additional time is necessary. (<u>Id</u>.)

The Motion is well-taken and the Court **GRANTS** it. The deadline for filing class certification and <u>Daubert</u> motions is now **February 1, 2023.** The deadline for filing Responses to those motions is now **March 10, 2023.**

**IT IS SO ORDERED**, this 27th day of January, 2023.

　　　　　　　　　　　　　　　　　　　　<u>s/ Sheryl H. Lipman</u>
　　　　　　　　　　　　　　　　　　　　SHERYL H. LIPMAN
　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE