# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | | |
|---|---|---|
| FUSION ELITE ALL STARS, et al., | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 2:20-cv-02600-SHL-tmp |
| | ) | |
| VARSITY BRANDS, LLC, et al., | ) | |
| Defendants. | ) | |

**ORDER GRANTING IN PART THE JOINT MOTION TO STAY**

Before the Court is the Parties' Joint Motion to Stay, filed January 31, 2023. (ECF No. 324.) The Parties included this Joint Motion to Stay in their Joint Notice of Settlement, also filed January 31, 2023. (Id.) In their Notice, the Parties state that they have reached "an agreement in principle" to settle Plaintiffs' claims and that they are currently drafting a formal settlement agreement. (Id. at PageID 5735.) They also state that Plaintiffs anticipate filing a motion for preliminary settlement approval, for certification of classes in light of settlement, and for a plan to provide class notice consistent with due process to the classes "in the near future." (Id.) Given these anticipated filings, the Parties request a stay of all deadlines "to promote judicial economy and preserve resources." (Id.)

The Court agrees with the Parties that the deadline should not be enforced right now, based on the grounds proffered. The Court is not inclined, however, to formally stay the case in its entirety. The Joint Motion is therefore **GRANTED IN PART.** While the case will not be formally stayed, all remaining deadlines not yet elapsed will be **HELD IN ABEYANCE** pending the anticipated submission of the documents related to approval of the settlement and the proceedings that will follow that. If the Settlement is ultimately not approved, these deadlines will be re-established with updated dates.

**IT IS SO ORDERED**, this 2nd day of February, 2023.

                                               s/ Sheryl H. Lipman
                                               SHERYL H. LIPMAN
                                               CHIEF UNITED STATES DISTRICT JUDGE