# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | | |
|---|---|---|
| FUSION ELITE ALL STARS, et al., | ) | |
|     Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 2:20-cv-02600-SHL-tmp |
| | ) | |
| VARSITY BRANDS, LLC, et al., | ) | |
|     Defendants. | ) | |

## ORDER DIRECTING PARTIES TO SUBMIT SUPPLEMENTAL AGREEMENT FOR IN CAMERA INSPECTION

Before the Court is the Direct Purchaser Plaintiffs' Unopposed Motion for Preliminary Approval of Settlement, Provisional Certification of Proposed Settlement Classes, Approval of Notice Plan, and Approval of the Proposed Schedule for Completing the Settlement Process, filed March 24, 2023. (ECF No. 329.) In describing the terms of the Proposed Settlement Agreement reached by the Parties, they note that they have also reached a separate, "confidential" Supplemental Agreement. (Id. at PageID 5766 n.8.) This Supplemental Agreement evidently reduces the overall settlement amount if a certain share of class members opt out of the settlement classes. (Id.) The Parties state that they "will provide this Supplemental Agreement to the Court for inspection in camera upon request." (Id.)

The Court finds a review of this separate agreement necessary to its assessment of the overall Motion. The Parties are therefore **DIRECTED** to submit the Supplemental Agreement for in camera inspection within **seven (7) days** of entry of this Order by emailing it to the Court's ECF email address: ECF_Judge_Lipman@tnwd.uscourts.gov.

**IT IS SO ORDERED,** this 30th day of March, 2023.

                                                             s/ Sheryl H. Lipman
                                                             SHERYL H. LIPMAN
                                                             CHIEF UNITED STATES DISTRICT JUDGE