*Fusion Elite All Stars, et al., v. Varsity Brands, LLC, et al.,* **No. 2:20-cv-02600 (W.D. Tenn.)**

**Exclusion Report**

- South Bay Cheer 360 LLC